UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CWB SERVICES, LLC, et al.,<br><br>    Defendants. | CASE NO. _____ |

**PLAINTIFF'S SUGGESTION OF TEMPORARY RECEIVER**
**(FILED UNDER SEAL)**

Plaintiff, the Federal Trade Commission ("FTC"), respectfully submits for consideration as a temporary receiver for the corporate Defendants in this action Larry E. Cook, of Cook Receiver Services in Lenexa, Kansas. Mr. Cook has the necessary qualifications and experience to serve as a temporary receiver in this matter and has expressed a willingness to do so.

Mr. Cook has 10 years of experience handling complex cases. He has been appointed as a receiver by U.S. District Courts in Kansas, Nevada, and California. He is well versed in the duties and responsibilities expected of a court-appointed receiver, and has a wealth of experience as a financial fraud investigator. He has served as the court-appointed receiver in several instances over companies engaged in multi-million dollar investment fraud schemes prosecuted by the U.S. Securities and Exchange Commission. *See, e.g., SEC v. Capital Enhancement Club*,

No. 5:05-cv-4057 (D. Kan. 2005). In many of these cases, he was able to recover significant assets for the benefit of defrauded investors. He has also served as an effective court-appointed receiver in an FTC law enforcement action against companies who operated a fraudulent scheme promising government grants. *FTC v. Affiliate Strategies, Inc*, No. 5:09-cv-4104 (D. Kan. 2009).

Mr. Cook and the professionals whose services he engages with offer their services at a competitive rate. Mr. Cook's hourly rate is $260, the rate for his examiners is $150, and his assistant's rate is $130. If appointed, Mr. Cook has indicated he would be represented by Lathrop & Gage LLP. The hourly rate for partner Brian Holland is $380, and the rates for paralegals and associates range from $190 to $225. These rates reflect a discount for government actions. Lathrop & Gage would waive charges for telephone, facsimile, or computerized legal research, and charge only actual costs for photocopies. Mr. Cook and Lathrop & Gage have offices in the Kansas City area, which would reduce travel costs. If needed, Mr. Cook would engage the services of accountants from TMPitman & Associates, LLC, whose hourly rates range from $75 to $150.

For the reasons set forth above, the FTC respectfully submits this recommendation of Mr. Cook as a temporary receiver in this action. Mr. Cook's curriculum vitae is appended hereto as Attachment A.

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: September 8, 2014        /s/ Rebecca M. Unruh
                                Rebecca M. Unruh, DC Bar #488731

Matthew J. Wilshire, DC Bar #483702
Lisa A. Rothfarb, MD Bar
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3565 (Unruh)
202-326-2976 (Wilshire)
202-326-2602 (Rothfarb)
202-326-3768 (facsimile)
E-mail:  runruh@ftc.gov
E-mail:  mwilshire@ftc.gov
E-mail:  lrothfarb@ftc.gov


TAMMY DICKINSON
United States Attorney

Dated: September 8, 2014          /s/ Charles M. Thomas
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone:  (816) 426-3130
Facsimile:  (816) 426-3165
E-mail:     charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION