# ATTACHMENT A

# LARRY E. COOK, CFE
15621 W. 87th St. Pkwy #136
Lenexa, KS 66219
Tel: 913-601-5399
Email: cookreceiver@gmail.com

___

**SKILLS**        **Court Appointed Receiver, Arbitrator, Certified Fraud Examiner, Financial Investigations & Audits, Physical Security Consulting**

**EXPERIENCE**

**COURT APPOINTED RECEIVER,** 2004 to present, appointed Receiver in U.S. District Courts in Kansas, Nevada, and California to locate, recover, and manage assets from multi-million dollar investment fraud schemes prosecuted by the U.S. Securities and Exchange Commission and the U.S. Federal Trade Commission. Receiverships have returned over $14 million to defrauded investors and consumers. (List of appointments attached)

**ARBITRATOR** Dispute Resolution Services, Financial Industry Regulatory Authority (FINRA), Chicago Region 2010-present

**PRESIDENT** and founder of CVA Solutions Inc. 2004-2006 Developed and marketed an internet software application to allow organizations to perform a self-assessment of its accounting controls and its vulnerabilities to internal fraud and theft. Software rights sold to Association of Certified Fraud Examiners in 2006.

**INVESTIGATOR/CONSULTANT, Clarence M. Kelley and Associates Inc** 2000 to 2004- Kansas City, Missouri-Provided fraud prevention, audit, security assessment, and investigative services to corporate and private clients nationwide.

**DIRECTOR OF ENFORCEMENT DIVISION, Office of the Kansas Securities Commissioner** Topeka, Kansas 1983-2000
Directed a staff of investigators and auditors enforcing the provisions of the Kansas Securities Act, Kansas Loan Brokers Act, and Kansas Land Sales Act

**SPECIAL INVESTIGATOR/AUDITOR, Office of the Kansas Securities Commissioner** Topeka, Kansas 1980-1983 Performed investigations and audits of securities brokers and issuers alleged to have violated the Kansas Securities Act.

**SPECIAL AGENT, Kansas Bureau of Investigation** Topeka, Kansas 1976-1980 Field Investigation Division 1976-79, Organized Crime and Intelligence Division 1979-80. Duties: Investigation of major crimes, assisting local agencies with major investigations, general law enforcement duties.

**POLICE OFFICER, Hutchinson Police Department** Hutchinson, Kansas 1970-1976 Patrol Division 1970-73, Investigator Traffic Division 1973-74, Detective Division 1974-76

**CERTIFICATIONS** **CERTIFIED FRAUD EXAMINER, 1993-present**
**CERTIFIED PROTECTION PROFESSIONAL, expired**

**AFFILIATIONS** **NORTH AMERICAN SECURITIES ADMINISTRATORS ASSOCIATION** Washington, DC, Chairman of the Enforcement Databases Committee, Member of the Enforcement Zone Committee, Instructor for New Investigator and Attorney Training. Outstanding Service Award, 1997

**NATIONAL WHITE COLLAR CRIME CENTER** Richmond, Virginia. Board of Directors 1989-1993, Board Chairman, 1993 Chairman of Training Committee, 1988 Instructor for Regional Training

**ASSOCIATION OF CERTIFIED FRAUD EXAMINERS** Austin, Texas, Member of Continuing Education Faculty since 1992, presented training at ACFE National Conference in Las Vegas in 1999 and New York in 2000. President, Kansas City ACFE Chapter, 1997, Board of Directors Member, 2005-2006

**TRAINING** Training provided on *Conducting Vulnerability Assessments, Fraud Investigation, Report Writing, White Collar Crime,* and *Investment Fraud* to many law enforcement, regulatory, and private organizations.

**EDUCATION** **B.A. MCPHERSON COLLEGE**

**MILITARY** **UNITED STATES MARINE CORPS, 1966-1969**

# **LARRY E. COOK RECEIVERSHIP APPOINTMENTS**

## •**SEC v. Kings REIT, et al., U.S. District Court-District of Kansas**

Defendants in Texas and Kansas sold fraudulent investments in a non-existent REAL ESTATE INVESTMENT TRUST to investors in multiple states. Receiver's action resulted in recovery of $2.3 million in cash, property, and artwork and investors were returned approximately 71% of their original investment. Receiver cooperated with state law enforcement authorities that resulted in the criminal conviction of one defendant.

## •**SEC v. Capital Enhancement Club, et al., U.S. District Court-District of Kansas**

Scott Klion, a securities fraud recidivist, operated a "PRIME BANK" trading scheme from a computer terminal on the island of St Maarten. Klion raised over $60 million from investors utilizing "electronic currencies" and foreign banks. Thousands of investors from around the world invested in this scheme via internet solicitations. Receiver's action has resulted in the recovery of over $10 million from banks, promoters, and a hedge fund in the US, Puerto Rico, Europe, and Latvia, as well as recoveries from "electronic currency" operators. Receiver has made three distributions to claimants/investors.

## • **SEC v. Seaforth Meridian, LTD., et al., U.S. District Court-District of Kansas**

Three defendants set up a HEDGE FUND New York, NY and solicited over $21 million from investors, primarily retirement accounts. Defendants misrepresented the risk and use of proceeds to investors, and lost a majority of the funds by investing in fraudulent "bank trading" investments in Europe. Receiver's actions have recovered funds from banks in Europe and the US, as well as funds used to purchase property in Europe. Receiver has made two distributions to claimants/investors in this case.

## •**SEC v. Gold Quest International, et al., U.S. District Court-District of Nevada**

Three defendants set up a FOREX trading scheme in Las Vegas, Nevada and solicited over $20 million dollars from approximately 8,000 investors in US, Canada, and Asia. Receiver's actions have recovered property and funds from banks and "electronic currency" operator in the US.

3

- **SEC v. Innova Energy LLC, et. al., U.S. District Court- Central District of California**

    Defendant sold fraudulent interests in oil wells and oil drilling rigs he claimed to be located in Pennsylvania and Texas to investors located across the US. Receiver recovered bank accounts and oil field equipment and disposed of these assets to recover victim funds.

- **FTC v. Affiliate Strategies Inc., et. al., U.S. District Court- District of Kansas**

    Six individual defendants and seven corporate defendants charged with operating a fraudulent scheme guaranteeing government grants and receiving over $39 million dollars from thousands of consumers. Receiver took control and liquidated property, bank accounts, and merchant accounts in Kansas, New York, and North Carolina, and provided for an orderly shutdown for defendant corporations and fourteen related corporations created by the individual defendants.