UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CWB SERVICES, LLC, et al.,<br><br>    Defendants. | CASE NO. _____ |

**PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER
WITH ASSET FREEZE, APPOINTMENT OF RECEIVER,
LIMITED EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**(FILED UNDER SEAL)**

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), having filed its Complaint in this matter for a permanent injunction and other equitable relief, including equitable monetary relief for consumers injured by Defendants' unlawful practices, moves this Court for an *ex parte* Temporary Restraining Order, asset freeze, appointment of receiver, limited expedited discovery, and an order to show cause why a preliminary injunction should not issue. The proposed order is attached hereto as Attachment 1. This Court is authorized to grant the requested relief by Sections 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), and Federal Rule of Civil Procedure 65(b).

In support of its motion, the Commission respectfully refers the Court to its "Suggestions in Support of its Motion for a Temporary Restraining Order with Asset Freeze, Appointment of

Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue," and Plaintiff's exhibits PX01-PX35 filed in support therein. As discussed in the Commission's Suggestions, Defendants have violated Section 5(a) of the FTC Act, 15 U.S.C. § 45(a); the Truth in Lending Act ("TILA") and its implementing regulation Z, 12 C.F.R. § 1026; and the Electronic Fund Transfer Act ("EFTA") and its implementing Regulation E, 12 C.F.R. § 1005.10.

        Respectfully submitted,

        JONATHAN E. NUECHTERLEIN
        General Counsel

Dated: September 8, 2014       /s/ Rebecca M. Unruh
        Rebecca M. Unruh, DC Bar #488731
        Matthew J. Wilshire, DC Bar #483702
        Lisa A. Rothfarb, MD Bar
        Federal Trade Commission
        600 Pennsylvania Ave., N.W.
        Mail Stop CC-10232
        Washington, D.C. 20580
        202-326-3565 (Unruh)
        202-326-2976 (Wilshire)
        202-326-2602 (Rothfarb)
        202-326-3768 (facsimile)
        E-mail: runruh@ftc.gov
        E-mail: mwilshire@ftc.gov
        E-mail: lrothfarb@ftc.gov

|  |  |
|---|---|
|  | TAMMY DICKINSON<br>United States Attorney |
| Dated: September 8, 2014 | /s/ Charles M. Thomas<br>Charles M. Thomas, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO  64106<br>Telephone:  (816) 426-3130<br>Facsimile:   (816) 426-3165<br>E-mail:       charles.thomas@usdoj.gov<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |