UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CWB SERVICES, LLC, *et al.,*<br><br>　　Defendants. | Case No. 4:14-cv-00783-DW |

## ENTRY OF APPEARANCE

COMES NOW, Brian M. Holland of the law firm of Lathrop & Gage LLP, and hereby enters his appearance on behalf of receiver, Larry E. Cook, in the above-captioned case.

Dated: September 15, 2014.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LATHROP & GAGE LLP


　　　　　　　　　　　　　　　　　　By: /s/ *Brian M. Holland*
　　　　　　　　　　　　　　　　　　Brian M. Holland  MO # 51307
　　　　　　　　　　　　　　　　　　2345 Grand Blvd, Suite 2400
　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　Telephone: 816.292.2000
　　　　　　　　　　　　　　　　　　Telecopier: 816.292.2001
　　　　　　　　　　　　　　　　　　Email: bholland@lathropgage.com

　　　　　　　　　　　　　　　　　　Attorneys for Larry E. Cook, Receiver

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of September, 2014, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

                                            /s/ *Brian M. Holland*
                                            An Attorney for Larry E. Cook, Receiver