| | Plantronics Headphone | Dell Computer Monitor | Dell Keyboard | Mouse | Dell CPU | Nortel Ntwks Phone | Chair Desk | Chair Side | Exec Desk | Cubicle Desk | Trendnet Router | File Cabinet | Laserjet Printer | Laptop Computer | Router | Hard Drive | TV | Additional items |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6700 SQIBB RD** | | | | | | | | | | | | | | | | | | |
| ROOM "A" | 30 | 70 | 50 | 45 | 17 | 20 | 61 | 4 | | 37 | 4 | 8 | | | | | | Box of new computer mouses, box of new keyboards Petty cash box w/$195 bills, $17 rolled coins |
| ROOM "B" | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | | | 2 | 1 | | | | | |
| ROOM "C" | | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | | 1 | | | | |
| ROOM "D" | 1 | | 1 | 2 | 1 | 1 | 3 | | 1 | | | 1 | | | | | | |
| ROOM "E" | 96 | 6 | 3 | 3 | 4 | | 3 | | 2 | | 2 | | | 1 | 2 | 4 | | 3 cisco network switches; |
| ROOM "G' | | 3 | 1 | 1 | 2 | 1 | 6 | | 1 | | | | 1 | 1 | 1 | | 42" | small refrigerator, couch, safe w/ $700, table |
| ROOM "H" | | | 1 | 1 | 1 | 139 | | 7 | | | | | | | | | 32" | Two folding tables |
| SERVER CABINET | 11 Dell Servers; 2 Cisco Firewalls; 1 Cisco Firewall Switch; 1 Cisco Iron Port; 2 APC Unint Power Source | | | | | | | | | | | | | | | | | |

| | DESK | CREDENZA | CHAIRS | CPU | MONITOR | PRINTER | FILE CABINET | TABLES | BOOKCASE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| **7301 MISSION RD** | | | | | | | | | | |
| ROOM "A" | 1 | 1 | 3 | 1 | 1 | 1 | 2 | | | |
| ROOM "B" | 1 | | | | | 1 | | 3 | 1 | Sm Refrigerator; Fourteen $50 Series EE US Savings Bonds |