Excludes Basseterre, Huskhawk Group, and JHS Marketing

**INCOME**

| | FTC--Billing Tree Credits | FTC--Other Credits | FTC--Totals | From Income Statements |
|---|---|---|---|---|
| Anasazi Group MO0613 | $ 7,269,186.50 | $ 954,907.71 | $ 8,224,094.21 | $ 8,296,808.00 |
| Longboat/Cutter MO0834 | $ 7,641,628.00 | $ 1,042,569.21 | $ 8,684,197.21 | $ 8,565,726.00 |
| Namakan MO8548 | $ 1,748,145.00 | $ 196,035.00 | $ 1,944,180.00 | $ 1,923,481.00 |
| Oread/MassStreet MO1024 | $ 6,907,684.00 | $ 978,389.00 | $ 7,886,073.00 | $ 7,835,478.00 |
| Sandpoint MO6243 | $ 1,732,641.51 | $ 2,087,545.35 | $ 3,820,186.86 | $ 4,282,717.00 |
| St Armands MO0826 | $ 6,881,302.00 | $ 879,399.00 | $ 7,760,701.00 | $ 7,935,141.00 |
| Vandelier MO1008 | $ 7,573,845.00 | $ 1,039,221.51 | $ 8,613,066.51 | $ 8,497,144.00 |
| Totals: | $ 39,754,432.01 | $ 7,178,066.78 | $ 46,932,498.79 | $ 47,336,495.00 Total Revenues |

**EXPENSES**

| | FTC--Billing Tree Debits | FTC--Other Debits | FTC--Totals | From Income Statements | Delinquent Loan Write Offs | Expenses Net of Loan Write offs | Lead Cost (eData) | Overhead Expense |
|---|---|---|---|---|---|---|---|---|
| Anasazi Group MO0613 | $ 4,577,126.50 | $ 501,936.65 | $ 5,079,063.15 | $ 6,242,941.00 | $ (1,309,135.00) | $ 4,933,806.00 | $ (5,901,124.00) | $ 4,500,658.24 |
| Longboat/Cutter MO0834 | $ 4,641,407.00 | $ 424,415.00 | $ 5,065,822.00 | $ 5,619,462.00 | $ (458,440.00) | $ 5,161,022.00 | $ (119,184.00) | |
| Namakan MO8548 | $ 1,083,674.00 | $ 269.85 | $ 1,083,943.85 | $ 1,304,269.00 | $ (26,650.00) | $ 1,277,619.00 | $ (312,786.00) | $ 362,826.00 |
| Oread/MassStreet MO1024 | $ 4,494,436.00 | $ 539,180.15 | $ 5,033,616.15 | $ 6,416,906.00 | $ (1,281,925.00) | $ 5,134,981.00 | $ (99,825.00) | |
| Sandpoint MO6243 | $ 1,050,403.00 | $ 1,080,538.33 | $ 2,130,941.33 | $ 3,321,850.00 | $ (460,600.00) | $ 2,861,250.00 | $ (778,626.00) | $ 463,131.00 |
| St Armands MO0826 | $ 4,397,703.00 | $ 513,845.00 | $ 4,911,548.00 | $ 5,324,229.00 | $ (417,130.00) | $ 4,907,099.00 | $ (124,091.00) | |
| Vandelier MO1008 | $ 4,635,265.00 | $ 496,531.90 | $ 5,131,796.90 | $ 5,777,750.00 | $ (665,670.00) | $ 5,112,080.00 | $ (135,566.00) | |
| Totals | $ 24,880,014.50 | $ 3,556,716.88 | $ 28,436,731.38 | $ 34,007,407.00 | $ (4,619,550.00) | $ 29,387,857.00 | $ (7,471,202.00) | $ 5,326,615.24 |

Includes delinquent loan expense

| | | |
|---|---|---|
| $ 7,471,202.00 | Lead Cost | 11/01/12 to 9/30/2013 |
| $ 5,326,615.24 | Overhead Expenses | 11/01/12 to 9/30/2013 |
| $ 46,805,224.24 | Total Expenses | 11/01/12 to 9/30/2013 |

| | | |
|---|---|---|
| Total Revenues | $ 47,336,495.00 | 11/01/12 to 9/30/2013 |
| Total Expenses | $ (46,805,224.24) | 11/01/12 to 9/30/2013 |
| Profits | $ 531,270.76 | 11/01/12 to 9/30/2013 |

EXHIBIT A
