Overhead Breakdown

| Entity | Description | Amount | | Entity | Description | Amount |
|---|---|---|---|---|---|---|
| Anasazi Group, LLC | | | | Sandpoint Capital, LLC | | |
| | Consulting | $ 40,639.00 | | | Legal | $ 15,149.50 |
| | Consulting | $ 30,000.00 | | | Management Fees CWB | $ 194,069.64 |
| | Automobiles | $ 668.07 | | | Licenses & Fees | $ 250.00 |
| | Accounting | $ 13,345.00 | | | Interest S. Coppinger | $ 16,666.64 |
| | Legal | $ 64,416.53 | | | Interest M Stoetzer | $ 33,333.30 |
| | Insurance | $ 9,232.50 | | | Interest McNitt | $ 43,333.31 |
| | Meals & Entertainment | $ 7,966.46 | | | Interest Vossler | $ 6,666.64 |
| | Miscellaneous | $ 245.00 | | | Interest T Coppinger | $ 16,666.64 |
| | Office Supplies | $ 5,171.18 | | | Interest Holland | $ 10,416.45 |
| | Management Fee Canyon Road | $ 968,500.00 | | | Interest Ewers | $ 20,000.00 |
| | Management Fee Cerrillos | $ 212,200.00 | | | Automobiles | $ - |
| | Management CWB | $ 2,059,356.63 | | | Legal | $ 10,391.22 |
| | Management Fee MD | $ 1,058,030.00 | | | Donations | $ - |
| | Management Fee Peravil | $ 22,300.00 | | | Meals & Entertainment | $ - |
| | Rent | $ 2,559.30 | | | Management Fee | $ - |
| | Telephone | $ 5,879.81 | | | Management Fees CWB | $ 24,853.88 |
| | Licenses & Fees | $ 148.76 | | | Office Supplies | $ - |
| Total | | $ 4,500,658.24 | | | Postage | $ - |
| | | | | | Travel | $ - |
| | | | | | Licenses & Fees | $ - |
| Namakan Capital LLC | | | | | Interest S Coppinger | $ 2,083.33 |
| | Automobiles | $ 20,798.70 | | | Interest M Stoetzer | $ 2,083.33 |
| | Accounting | $ 3,090.00 | | | Interest McNitt | $ 3,333.33 |
| | Insurance | $ 5,943.52 | | | Interest Vossler | $ 3,333.32 |
| | Computer | $ 108.53 | | | Interest T Coppinger | $ 2,083.33 |
| | Meals & Entertainment | $ 19,346.13 | | | Interest Holland | $ 1,041.71 |
| | Interest SP | $ 5,208.30 | | | Interest NTL Trust | $ - |
| | Management Fees CWB | $ 16,215.60 | | | Interest Ewers | $ - |
| | Office Supplies | $ 3,542.68 | | | Automobiles | $ - |
| | Bank Fees | $ 27,546.28 | | | Legal | $ 404.00 |
| | Postage | $ 40.65 | | | Insurance | $ - |
| | Telephone | $ 4,278.49 | | | Donations | $ - |
| | Travel | $ 8,315.98 | | | Meals & Entertainment | $ - |
| | Licenses & Fees | $ 433.29 | | | Miscellaneous | $ - |
| | Interest Stradinger | $ 20,833.40 | | | Management Fee | $ - |
| | Interest Schumacher | $ 41,666.70 | | | Management Fees CWB | $ 26,346.38 |
| | Interest PMF | $ 12,499.95 | | | Office Supplies | $ - |
| | Interest Bode | $ 16,666.70 | | | Postage | $ - |
| | Interest Vossler | $ 9,999.96 | | | Travel | $ - |
| | Interest Redd | $ 10,416.70 | | | Licenses & Fees | $ - |
| | Interest Stocklets | $ 14,624.91 | | | Interest S Coppinger | $ 2,083.33 |
| | Interest McCue | $ 31,250.00 | | | Interest M Stoetzer | $ 2,083.33 |
| | Interest Rixon | $ 8,749.94 | | | Interest McNitt | $ 3,333.33 |
| | Interest Wentz | $ 41,666.70 | | | Interest Vossler | $ 20,000.16 |
| | Interest Krull | $ 3,124.98 | | | Interest T Coppinger | $ 2,083.33 |
| | Interest Runyan | $ 5,208.30 | | | Interest Holland | $ 1,041.71 |
| | Interest Moritz | $ 10,416.60 | | | Interest NTL Trust | $ - |
| | Interest Martin | $ 20,833.30 | | | Interest Ewers | $ - |
| Total | | $ 362,826.29 | | Total | | $ 463,131.14 |



EXHIBIT A-1