UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CWB SERVICES, LLC, et al.,<br><br>　　Defendants. | CASE NO. 4:14-cv-00783-W-DW |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after February 26, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission, by and through its undersigned counsel, will cause to be served a subpoena on David A. Harbour in the form attached hereto as Exhibit 1, which Subpoena commands production of documents as set forth in the Subpoena.

1

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: February 26, 2015         /s/ Rebecca M. Unruh
Matthew J. Wilshire, DC Bar #483702
Rebecca M. Unruh, DC Bar #488731
Lisa A. Rothfarb, MD Bar
Federal Trade Commission
600 Pennsylvania Ave., N.W., Mail Stop CC-10232
Washington, D.C. 20580
202-326-3565 (Unruh)
202-326-2976 (Wilshire)
202-326-2602 (Rothfarb)
E-mail: runruh@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: February 26, 2015         /s/ Charles M. Thomas
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION