## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

CWB SERVICES, LLC, *et al.,*

     Defendants.

Case No. 4:14-cv-00783-DW

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after February 27, 2015, pursuant to Rule 45 of the

Federal Rules of Civil Procedure, Larry E. Cook, Receiver, by and through his undersigned

counsel, will cause to be served a subpoena on DNA Investments LLC in the form attached

hereto as Exhibit A.  The subpoena commands the production of documents and appearance for

deposition as set forth in the subpoena.

Dated: February 27, 2015.

Respectfully submitted,

LATHROP & GAGE LLP

By: */s/ Brian M. Holland*
Brian M. Holland  MO # 51307
2345 Grand Blvd, Suite 2400
Kansas City, MO 64108
Telephone: 816.292.2000
Telecopier: 816.292.2001
Email: bholland@lathropgage.com

Attorneys for Larry E. Cook, Receiver

23538259v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of February 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.


/s/ *Brian M. Holland*
An Attorney for Larry E. Cook, Receiver

23538259v1