UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CWB SERVICES, LLC, *et al.,*<br><br>　　　Defendants. | Case No. 4:14-cv-00783-DW |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after February 27, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Larry E. Cook, Receiver, by and through his undersigned counsel, will cause to be served a subpoena on KB 2011 LLP in the form attached hereto as Exhibit A. The subpoena commands the production of documents and appearance for deposition as set forth in the subpoena.

Dated: February 27, 2015.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LATHROP & GAGE LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Brian M. Holland*
　　　　　　　　　　　　　　　　　　　Brian M. Holland  MO # 51307
　　　　　　　　　　　　　　　　　　　2345 Grand Blvd, Suite 2400
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　Telephone: 816.292.2000
　　　　　　　　　　　　　　　　　　　Telecopier: 816.292.2001
　　　　　　　　　　　　　　　　　　　Email: bholland@lathropgage.com

　　　　　　　　　　　　　　　　　　　Attorneys for Larry E. Cook, Receiver

23538324v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

/s/ *Brian M. Holland*
An Attorney for Larry E. Cook, Receiver