UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CWB SERVICES, LLC, *et al.,*<br><br>    Defendants. | Case No. 4:14-cv-00783-DW |

## AMENDED NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after March 5, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Larry E. Cook, Receiver, by and through his undersigned counsel, will cause to be served a subpoena on David Harbour in the form attached hereto as Exhibit A. The subpoena commands the production of documents and appearance for deposition as set forth in the subpoena.

Dated: March 5, 2015.

                                                              Respectfully submitted,

                                                              LATHROP & GAGE LLP

                                                              By: /s/ *Brian M. Holland*
                                                              Brian M. Holland  MO # 51307
                                                              2345 Grand Blvd, Suite 2400
                                                              Kansas City, MO 64108
                                                              Telephone: 816.292.2000
                                                              Telecopier: 816.292.2001
                                                              Email: bholland@lathropgage.com

                                                              Attorneys for Larry E. Cook, Receiver

23566738v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of March 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

                                              /s/ *Brian M. Holland*
                                              An Attorney for Larry E. Cook, Receiver