UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 4:14-cv-00783-W-DW |
| Plaintiff, | |
| v. | |
| CWB SERVICES, LLC, et al., | |
| Defendants. | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after March 12, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission, by and through its undersigned counsel, will cause to be served a subpoena on DNA Investments LLC in the form attached hereto as Exhibit 1, which Subpoena commands appearance for deposition as set forth in the Subpoena.

1

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: March 12, 2015          /s/ Rebecca M. Unruh
                               Matthew J. Wilshire, DC Bar #483702
                               Rebecca M. Unruh, DC Bar #488731
                               Lisa A. Rothfarb, MD Bar
                               Federal Trade Commission
                               600 Pennsylvania Ave., N.W., Mail Stop CC-10232
                               Washington, D.C. 20580
                               202-326-3565 (Unruh)
                               202-326-2976 (Wilshire)
                               202-326-2602 (Rothfarb)
                               E-mail: runruh@ftc.gov

                               TAMMY DICKINSON
                               United States Attorney

Dated: March 12, 2015          /s/ Charles M. Thomas
                               Charles M. Thomas, MO Bar #28522
                               Assistant United States Attorney
                               Charles Evans Whittaker Courthouse
                               400 East Ninth Street, Room 5510
                               Kansas City, MO 64106
                               Telephone: (816) 426-3130
                               Facsimile: (816) 426-3165
                               E-mail: charles.thomas@usdoj.gov

                               Attorneys for Plaintiff
                               FEDERAL TRADE COMMISSION