# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CWB SERVICES, LLC, *et al.,*<br><br>Defendants. | Case No. 4:14-cv-00783-DW |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after March 24, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Larry E. Cook, Receiver, by and through his undersigned counsel, will cause to be served a subpoena on David Harbour in the form attached hereto as Exhibit A. The subpoena commands the production of documents and appearance for deposition as set forth in the subpoena.

Dated: March 24, 2015.

    Respectfully submitted,

    LATHROP & GAGE LLP

    By: /s/ *Brian M. Holland*
    Brian M. Holland  MO # 51307
    2345 Grand Blvd, Suite 2400
    Kansas City, MO 64108
    Telephone: 816.292.2000
    Telecopier: 816.292.2001
    Email: bholland@lathropgage.com

    Attorneys for Larry E. Cook, Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

/s/ *Brian M. Holland*
An Attorney for Larry E. Cook, Receiver