UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CWB SERVICES, LLC, *et al.,* <br><br> Defendants. | Case No. 4:14-cv-00783-DW |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after March 24, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Larry E. Cook, Receiver, by and through his undersigned counsel, will cause to be served a subpoena on DNA Investments LLC in the form attached hereto as Exhibit A. The subpoena commands the production of documents and appearance for deposition as set forth in the subpoena.

Dated: March 24, 2015.

                                              Respectfully submitted,

                                              LATHROP & GAGE LLP

                                              By: */s/ Brian M. Holland*
                                              Brian M. Holland  MO # 51307
                                              2345 Grand Blvd, Suite 2400
                                              Kansas City, MO 64108
                                              Telephone: 816.292.2000
                                              Telecopier: 816.292.2001
                                              Email: bholland@lathropgage.com

                                              Attorneys for Larry E. Cook, Receiver

23538259v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

/s/ *Brian M. Holland*
An Attorney for Larry E. Cook, Receiver