Canyon Road Holdings LLC
Income Statement
2011 Thru 2013

|  | 2011 | 2012 | 2013 | 2014 | Total |
|---|---:|---:|---:|---:|---:|
| Revenues |  |  |  |  |  |
| Fee Longboat | 351,500.00 | 2,019,500.00 | 1,668,065.59 | (564,421.53) | 3,474,644.06 |
| Fee St Armands | 633,500.00 | 2,039,000.00 | 1,323,960.29 | 0.00 | 3,996,460.29 |
| Fees Anasazi Group | 0.00 | 1,526,500.00 | 1,874,756.12 | 0.00 | 3,401,256.12 |
| Fees Oread | 207,000.00 | 1,269,000.00 | 1,246,007.08 | (266,063.18) | 2,455,943.90 |
| Fees Vandelier | 480,000.00 | 2,031,000.00 | 1,678,499.11 | (550,526.97) | 3,638,972.14 |
| Fee Fortune Peak | 0.00 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| Fee Cerriolos | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Collections | 0.00 | 0.00 | 0.00 | 1,481,565.12 | 1,481,565.12 |
| Income Viking | 0.00 | 0.00 | 1,004,691.60 | 0.00 | 1,004,691.60 |
|  |  |  |  |  |  |
| Total Revenues | 1,672,000.00 | 8,887,500.00 | 8,795,979.79 | 100,553.44 | 19,456,033.23 |
|  |  |  |  |  |  |
| Expenses |  |  |  |  |  |
| Bank Fees | 1,528.89 | 3,226.92 | 6,184.97 | 2,404.71 | 13,345.49 |
| Micellaneous | 6,250.00 | 0.00 | 0.00 | 0.00 | 6,250.00 |
| Office Supplies | 119.58 | 0.00 | 0.00 | 0.00 | 119.58 |
| Management Fee Cerriolos | 0.00 | 164,000.00 | 270,600.00 | 184,625.00 | 619,225.00 |
| Management Fee Anasazi | 0.00 | 2,607,000.00 | 965,750.00 | 141,150.00 | 3,713,900.00 |
| Donations | 0.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 |
| Interest Cooper | 9,938.31 | 10,440.87 | 1,919.22 | 0.00 | 22,298.40 |
| Interest Wilson | 4,999.99 | 13,066.59 | 945.31 | 0.00 | 19,011.89 |
| Interest McDowell | 20,833.32 | 84,871.92 | 38,596.71 | 0.00 | 144,301.95 |
| Interest Jensen | 20,216.25 | 26,462.03 | 5,738.87 | 0.00 | 52,417.15 |
| Interest R Simpson | 36,710.28 | 107,041.23 | 72,562.08 | 101,791.60 | 318,105.19 |
| Interest Butler | 18,355.14 | 30,708.05 | 7,981.40 | 0.00 | 57,044.59 |
| Interest Winkler | 86,825.28 | 115,688.44 | 25,664.74 | 0.00 | 228,178.46 |
| Interest Deel | 165,408.95 | 367,465.95 | 101,251.41 | 0.00 | 634,126.31 |
| Interest LJAJ | 20,833.32 | 65,977.92 | 36,567.69 | 53,371.52 | 176,750.45 |
| Interest Kelly | 9,776.82 | 16,090.05 | 4,085.84 | 0.00 | 29,952.71 |
| Interest Hendren | 18,355.14 | 58,424.55 | 38,320.19 | 50,895.80 | 165,995.68 |
| Interest Bobrow | 12,500.00 | 47,832.73 | 12,977.22 | 15,571.03 | 88,880.98 |
| Interest Dunsworth | 270,250.88 | 648,622.88 | 1,285,756.94 | 155,873.29 | 2,360,503.99 |
| Interest P Smith | 5,000.01 | 19,827.94 | 15,357.10 | 5,151.57 | 45,336.62 |
| Interest Gilliam | 9,999.99 | 39,655.78 | 30,714.18 | 10,303.14 | 90,673.09 |
| Interest Olson | 24,999.99 | 99,139.48 | 134,869.62 | 25,757.82 | 284,766.91 |
| Interest Northrock | 404,469.43 | 1,005,884.10 | 853,522.49 | 0.00 | 2,263,876.02 |
| Interest Pinnacle | 6,666.66 | 39,885.87 | 55,862.28 | 11,007.75 | 113,422.56 |
| Interest J Smith | 90,000.00 | 459,999.98 | 430,881.51 | 114,540.80 | 1,095,422.29 |
| Interest Accord | 4,166.67 | 41,750.24 | 14,729.97 | 0.00 | 60,646.88 |
| Interest Milsap | 0.00 | 6,186.00 | 7,680.36 | 12,732.94 | 26,599.30 |
| Interest D Simpson | 0.00 | 51,333.02 | 57,719.19 | 113,300.95 | 222,353.16 |
| Interest Thum | 0.00 | 15,624.99 | 112,945.26 | 84,621.50 | 213,191.75 |
| Interest McDonnell | 0.00 | 0.00 | 43,750.00 | 132,617.68 | 176,367.68 |
| Interest | 0.00 | 0.00 | 79,161.44 | 6,250.00 | 85,411.44 |
|  |  |  |  |  |  |
| Total Expenses | 1,248,204.90 | 6,166,207.53 | 4,712,095.99 | 1,221,967.10 | 13,348,475.52 |
|  |  |  |  |  |  |
| Net Income | 423,795.10 | 2,721,292.47 | 4,083,883.80 | (1,121,413.66) | 6,107,557.71 |