Huskhawk Investment Group
Income Statement
2007 Thru 2014

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | |
| Mgmt Fees FRH | 0.00 | 0.00 | 0.00 | (20,325.00) | (59,650.00) | 0.00 | (57,250.00) | 0.00 | (137,225.00) |
| Management Fee | 99,500.00 | 608,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 707,500.00 |
| Collections | 0.00 | 102,350.40 | 55,986.35 | 10,152.75 | 4,198.16 | 0.00 | 0.00 | 0.00 | 172,687.66 |
| Mgmt fee JHS | 0.00 | 0.00 | 177,550.00 | 201,900.00 | 98,683.00 | 295,500.00 | 128,250.00 | 18,150.00 | 920,033.00 |
| Mgmt fee HH Group | 0.00 | 0.00 | 449,200.00 | 862,650.00 | 675,491.00 | 538,750.00 | 17,300.00 | 17,250.00 | 2,560,641.00 |
| Management Fee IIG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,300.00 | 55,250.00 | 60,550.00 |
| | | | | | | | | | |
| Total Revenues | 99,500.00 | 710,350.40 | 682,736.35 | 1,054,377.75 | 718,722.16 | 834,250.00 | 93,600.00 | 90,650.00 | 4,284,186.66 |
| | | | | | | | | | |
| **Expenses** | | | | | | | | | |
| Partner's Draw Randy | 0.00 | 0.00 | 0.00 | 0.00 | 108,500.00 | 150,000.00 | 77,000.00 | 0.00 | 335,500.00 |
| Partner's Draw Ted | 0.00 | 0.00 | 0.00 | 0.00 | 67,750.00 | 3,618.28 | (30,000.00) | 0.00 | 41,368.28 |
| Leads | 0.00 | 0.00 | 25,500.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,500.01 |
| Consulting | 0.00 | 0.00 | 0.00 | 2,500.00 | 29,772.25 | 0.00 | 0.00 | 0.00 | 32,272.25 |
| Automobiles | 0.00 | 0.00 | 0.00 | 0.00 | 367.30 | 2,252.08 | 0.00 | 0.00 | 2,619.38 |
| Computer | 0.00 | 0.00 | 0.00 | 0.00 | 1,005.67 | 0.00 | 0.00 | 0.00 | 1,005.67 |
| Life Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 639.40 | 639.40 | 1,278.80 |
| Miscellaneous | 0.00 | 0.00 | 180.00 | 250.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 15,430.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 99.17 | 1,168.78 | 0.00 | 10.00 | 1,277.95 |
| Bank Fees | 88.90 | 103.40 | 398.40 | 320.90 | 345.25 | 1,105.80 | 717.55 | 0.00 | 3,080.20 |
| Donations | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| Security | 0.00 | 0.00 | 0.00 | 1,678.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,678.00 |
| Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,173.37 | 0.00 | 1,173.37 |
| Management Fees | 0.00 | 458,500.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 462,500.00 |
| Management Fees FRH | 82,000.00 | 0.00 | 46,900.00 | 0.00 | 0.00 | 202,750.00 | 0.00 | 1,000.00 | 332,650.00 |
| Management Fees IIG | 0.00 | 0.00 | 1,875.00 | (1,125.00) | 57,250.00 | 67,000.00 | 0.00 | 1,000.00 | 126,000.00 |
| Management HHG | 0.00 | 0.00 | 6,350.00 | 0.00 | 0.00 | 22,250.00 | 0.00 | 0.00 | 28,600.00 |
| Interest | 13,890.00 | 347,662.66 | | | | | | | 361,552.66 |
| Interest M Fricke | 0.00 | 0.00 | 30,558.00 | 21,528.00 | 14,581.00 | 14,583.33 | 0.00 | 0.00 | 81,250.33 |
| Interest Marshall | 0.00 | 0.00 | 30,589.00 | 28,333.00 | 9,576.00 | 30,030.34 | 27,216.84 | 26,685.76 | 152,430.94 |
| Interest Bear | 0.00 | 0.00 | 56,251.00 | 41,660.99 | 27,079.00 | 16,666.67 | 4,166.67 | 0.00 | 145,824.33 |
| Interest Rehorn | 0.00 | 0.00 | 54,165.00 | 49,997.65 | 29,166.66 | 25,000.00 | 4,166.66 | 0.00 | 162,495.97 |
| Interest Scovell | 0.00 | 0.00 | 55,555.00 | 49,997.98 | 25,000.00 | 25,000.00 | 8,333.33 | 0.00 | 163,886.31 |
| Interest McDonnell | 0.00 | 0.00 | 100,007.00 | 100,000.04 | 62,500.00 | 50,000.00 | 10,416.73 | 0.00 | 322,923.77 |
| Interest Holland | 0.00 | 0.00 | 55,997.00 | 49,997.98 | 45,833.30 | 31,250.00 | 58,231.65 | 16,011.46 | 257,321.39 |
| Interest Harbour | 0.00 | 0.00 | 6,249.99 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 21,249.99 |
| Interest Dunsworth | 0.00 | 0.00 | 0.00 | 0.00 | 104,627.11 | 208,968.94 | 101,548.25 | 0.00 | 415,144.30 |
| Interest K2-2011 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 29,528.53 | 0.00 | 0.00 | 39,528.53 |
| Interest Dunsworth II | 0.00 | 0.00 | 0.00 | 0.00 | 1,508.07 | 0.00 | 0.00 | 0.00 | 1,508.07 |
| Interest Canyon Road | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 35,000.00 | 38,333.33 | 93,333.33 |
| Interest McDonnel Trust | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | 0.00 | 12,500.00 |
| | | | | | | | | | |
| Total Expenses | 95,978.90 | 806,266.06 | 470,575.40 | 347,639.54 | 613,960.78 | 901,172.75 | 326,110.45 | 83,679.95 | 3,645,383.83 |
| | | | | | | | | | |
| Net Income | 3,521.10 | (95,915.66) | 212,160.95 | 706,738.21 | 104,761.38 | (66,922.75) | (232,510.45) | 6,970.05 | 638,802.83 |