Incrementum Investment Grp LLC
Income Statement
2009 Thru 2014

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | |
| Management Fees HHG | 118,090.00 | 21,600.00 | 29,000.00 | 15,250.00 | 90,000.00 | 20,250.00 | 294,190.00 |
| Manangement Fee JHS | 585,500.00 | 1,133,600.00 | 1,148,060.10 | 813,100.00 | 126,050.00 | 38,000.00 | 3,844,310.10 |
| Mgmt Fees HHIG | 1,875.00 | (1,125.00) | 57,250.00 | 67,000.00 | (5,300.00) | 1,000.00 | 120,700.00 |
| Miscellaneous | 0.00 | 0.00 | (2,000.00) | 0.00 | 0.00 | 0.00 | (2,000.00) |
| Mgmt Fees FRH | 0.00 | 100.00 | (100.00) | (450.00) | (60,250.00) | 0.00 | (60,700.00) |
| | | | | | | | |
| Total Revenues | 705,465.00 | 1,154,175.00 | 1,232,210.10 | 894,900.00 | 150,500.00 | 59,250.00 | 4,196,500.10 |
| | | | | | | | |
| Expenses | | | | | | | |
| Leads | 314,166.70 | 604,315.14 | 703,197.15 | 582,816.53 | 244,260.38 | 0.00 | 2,448,755.90 |
| Automobiles | 0.00 | 0.00 | 10,655.73 | 7,979.80 | 500.00 | 400.00 | 19,535.53 |
| Accounting | 0.00 | 975.00 | 5,985.00 | 635.00 | 0.00 | 0.00 | 7,595.00 |
| Legal | 0.00 | 0.00 | 0.00 | 1,431.50 | 0.00 | 0.00 | 1,431.50 |
| Interest | 65,902.21 | 71,892.00 | 0.00 | 71,500.00 | 18,128.32 | 2,320.66 | 229,743.19 |
| Interest BMG | 33,333.36 | 45,833.70 | 59,333.36 | 0.00 | 0.00 | 0.00 | 138,500.42 |
| Interest LJAJ | 0.00 | 0.00 | 71,892.24 | 5,991.02 | 0.00 | 0.00 | 77,883.26 |
| Meals & Entertainment | 0.00 | 0.00 | 299.59 | 1,035.78 | 0.00 | 0.00 | 1,335.37 |
| Miscellaneous | 2,220.00 | 526.36 | 260.75 | 0.00 | 20.00 | 0.00 | 3,027.11 |
| Office Supplies | 1,031.97 | 3,550.42 | 2,747.27 | 1,466.74 | 0.00 | 0.00 | 8,796.40 |
| Bank Fees | 280.00 | 285.84 | 225.00 | 701.19 | 375.00 | 228.75 | 2,095.78 |
| Contract Labor | 28,560.00 | 59,750.00 | 26,250.00 | 0.00 | 0.00 | 0.00 | 114,560.00 |
| Postage | 0.00 | 0.00 | 0.00 | 119.70 | 0.00 | 0.00 | 119.70 |
| Rent | 0.00 | 6,837.64 | 6,846.14 | 7,767.00 | 7,153.76 | 2,362.28 | 30,966.82 |
| Taxes | 0.00 | 70.02 | 0.00 | 4,284.28 | 13,316.74 | 0.00 | 17,671.04 |
| Telephone | 0.00 | 4,066.39 | 6,264.40 | 4,398.32 | 731.75 | 849.51 | 16,310.37 |
| Travel | 0.00 | 0.00 | 1,435.54 | 0.00 | 0.00 | 0.00 | 1,435.54 |
| Utilities | 0.00 | 135.00 | 0.00 | 0.00 | 149.00 | 0.00 | 284.00 |
| Management Fee FRH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Management Fee HHI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,250.00 | 55,250.00 |
| Guarnty Pmt LJAJ | 0.00 | 0.00 | 87,000.00 | 205,500.00 | 144,000.00 | 0.00 | 436,500.00 |
| Licenses & Fees | 500.00 | 50.00 | 185.00 | 248.00 | 0.00 | 0.00 | 983.00 |
| | | | | | | | |
| Total Expenses | 445,994.24 | 798,287.51 | 982,577.17 | 895,874.86 | 428,634.95 | 62,411.20 | 3,613,779.93 |
| | | | | | | | |
| Net Income | 259,470.76 | 355,887.49 | 249,632.93 | (974.86) | (278,134.95) | (3,161.20) | 582,720.17 |