Transfers from Canyon Road Holdings LLC to DNA Investments, LLC

| DNA Investments Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 4/29/2011 | $ 32,000.00 | 4/27/2012 | $ 48,000.00 | 3/22/2013 | $ 48,000.00 |
| 5/6/2011 | $ 32,000.00 | 4/27/2012 | $ 77,000.00 | 3/29/2013 | $ 48,000.00 |
| 5/10/2011 | $ 32,000.00 | 5/4/2012 | $ 48,000.00 | 4/5/2013 | $ 100,000.00 |
| 5/13/2011 | $ 200,000.00 | 5/11/2012 | $ 48,000.00 | 4/12/2013 | $ 48,000.00 |
| 5/17/2011 | $ 32,000.00 | 5/18/2012 | $ 48,000.00 | 4/19/2013 | $ 48,000.00 |
| 5/20/2011 | $ 32,000.00 | 5/25/2012 | $ 48,000.00 | 4/26/2013 | $ 48,000.00 |
| 5/26/2011 | $ 32,000.00 | 6/1/2012 | $ 48,000.00 | 5/3/2013 | $ 48,000.00 |
| 6/6/2011 | $ 48,000.00 | 6/8/2012 | $ 48,000.00 | 5/10/2013 | $ 48,000.00 |
| 6/13/2011 | $ 48,000.00 | 6/15/2012 | $ 48,000.00 | 5/17/2013 | $ 48,000.00 |
| 6/20/2011 | $ 48,000.00 | 6/22/2012 | $ 48,000.00 | 5/24/2013 | $ 48,000.00 |
| 6/24/2011 | $ 48,000.00 | 6/29/2012 | $ 48,000.00 | 5/31/2013 | $ 48,000.00 |
| 7/8/2011 | $ 48,000.00 | 7/6/2012 | $ 100,000.00 | 6/7/2013 | $ 48,000.00 |
| 7/15/2011 | $ 48,000.00 | 7/13/2012 | $ 48,000.00 | 6/14/2013 | $ 48,000.00 |
| 7/22/2011 | $ 96,000.00 | 7/20/2012 | $ 48,000.00 | 6/21/2013 | $ 48,000.00 |
| 7/29/2011 | $ 48,000.00 | 7/27/2012 | $ 48,000.00 | 7/5/2013 | $ 25,000.00 |
| 8/5/2011 | $ 48,000.00 | 8/2/2012 | $ 173,152.39 | 7/12/2013 | $ 25,000.00 |
| 8/12/2011 | $ 48,000.00 | 8/3/2012 | $ 48,000.00 | 7/19/2013 | $ 35,000.00 |
| 8/19/2011 | $ 48,000.00 | 8/10/2012 | $ 48,000.00 | 7/26/2013 | $ 40,000.00 |
| 8/26/2011 | $ 48,000.00 | 8/24/2012 | $ 48,000.00 | 8/2/2013 | $ 40,000.00 |
| 9/2/2011 | $ 48,000.00 | 9/7/2012 | $ 48,000.00 | 11/8/2013 | $ 25,000.00 |
| 9/9/2011 | $ 48,000.00 | 9/21/2012 | $ 36,000.00 | 11/15/2013 | $ 25,000.00 |
| 9/12/2011 | $ 556,610.00 | 10/1/2012 | $ 48,000.00 | 11/22/2013 | $ 25,000.00 |
| 9/16/2011 | $ 48,000.00 | 10/5/2012 | $ 36,000.00 | 11/29/2013 | $ 25,000.00 |
| 9/23/2011 | $ 48,000.00 | 10/19/2012 | $ 48,000.00 | 12/6/2013 | $ 25,000.00 |
| 9/30/2011 | $ 48,000.00 | 10/26/2012 | $ 48,000.00 | 12/13/2013 | $ 25,000.00 |
| 10/7/2011 | $ 48,000.00 | 11/2/2012 | $ 48,000.00 | 12/20/2013 | $ 25,000.00 |
| 10/14/2011 | $ 48,000.00 | 11/9/2012 | $ 48,000.00 | 12/27/2013 | $ 25,000.00 |
| 10/21/2011 | $ 48,000.00 | 11/16/2012 | $ 36,000.00 | 1/6/2014 | $ 25,000.00 |
| 11/18/2011 | $ 36,000.00 | 11/30/2012 | $ 48,000.00 | 1/10/2014 | $ 25,000.00 |
| 11/25/2011 | $ 48,000.00 | 12/7/2012 | $ 48,000.00 | 1/17/2014 | $ 25,000.00 |
| 1/6/2012 | $ 100,000.00 | 12/14/2012 | $ 48,000.00 | 1/24/2014 | $ 25,000.00 |
| 1/10/2012 | $ 250,000.00 | 12/21/2012 | $ 48,000.00 | 1/31/2014 | $ 25,000.00 |
| 1/27/2012 | $ 70,000.00 | 12/28/2012 | $ 48,000.00 | 2/7/2014 | $ 20,000.00 |
| 2/10/2012 | $ 48,000.00 | 1/4/2013 | $ 30,000.00 | 2/14/2014 | $ 20,000.00 |
| 2/17/2012 | $ 48,000.00 | 1/11/2013 | $ 48,000.00 | 2/28/2014 | $ 20,000.00 |
| 2/24/2012 | $ 48,000.00 | 1/18/2013 | $ 48,000.00 | 3/7/2014 | $ 20,000.00 |
| 3/2/2012 | $ 48,000.00 | 1/25/2013 | $ 48,000.00 | 3/14/2014 | $ 20,000.00 |
| 3/9/2012 | $ 48,000.00 | 2/1/2013 | $ 48,000.00 | 3/25/2014 | $ 13,000.00 |
| 3/16/2012 | $ 48,000.00 | 2/8/2013 | $ 48,000.00 | 6/6/2014 | $ 10,000.00 |
| 3/23/2012 | $ 48,000.00 | 2/15/2013 | $ 48,000.00 | 6/13/2014 | $ 8,000.00 |
| 3/29/2012 | $ 48,000.00 | 2/22/2013 | $ 48,000.00 | 6/23/2014 | $ 5,000.00 |
| 4/6/2012 | $ 48,000.00 | 3/1/2013 | $ 48,000.00 | 6/27/2014 | $ 5,000.00 |
| 4/13/2012 | $ 48,000.00 | 3/8/2013 | $ 48,000.00 | 7/3/2014 | $ 5,000.00 |
| 4/19/2012 | $ 48,000.00 | 3/15/2013 | $ 48,000.00 | Total | $ 6,612,762.39 |