CWB Services LLC
Income Statement
For 2011 Thru 2013

|  | 2011 | 2012 | 2013 | Total |
|---|---:|---:|---:|---:|
| Revenues |  |  |  |  |
| Fees | 0.00 | 0.00 | 67,393.02 | 67,393.02 |
| Fees Namakan | 143,876.40 | 294,715.65 | 261,403.13 | 699,995.18 |
| Fees Sandpoint | 582,620.25 | 426,715.41 | 194,069.64 | 1,203,405.30 |
| Fees | 1,958,337.36 | 4,081,911.96 | 4,875,623.48 | 10,915,872.80 |
| Interest Income | 0.00 | 30.11 | 72.48 | 102.59 |
|  |  |  |  |  |
| Total Revenues | 2,684,834.01 | 4,803,373.13 | 5,398,561.75 | 12,886,768.89 |
|  |  |  |  |  |
| Expenses |  |  |  |  |
| Leads | 162,041.00 | 0 | 0 | 162,041.00 |
| Advertising | 1,199.00 | 1,190.00 | 25.00 | 2,414.00 |
| Automobiles | 3,636.82 | 14,295.13 | 23,306.56 | 41,238.51 |
| Professional Fees | 21,310.39 | 116,848.22 | 108,127.56 | 246,286.17 |
| Accounting | 4,360.00 | 6,050.00 | 3,605.00 | 14,015.00 |
| Legal | 31,688.10 | 85,102.95 | 39,285.12 | 156,076.17 |
| Employee Benefits | 268.62 | 1,075.00 | 1,325.00 | 2,668.62 |
| Insurance | 172,702.59 | 375,459.71 | 375,466.50 | 923,628.80 |
| Life Insurance | 14,504.05 | 24,953.97 | 24,875.58 | 64,333.60 |
| Office Equipment | 1,910.63 | 0.00 | 0.00 | 1,910.63 |
| Computer | 10,676.20 | 23,682.65 | 141,691.91 | 176,050.76 |
| Web Site | 13,233.14 | 0.00 | 0.00 | 13,233.14 |
| Software | 0.00 | 295.29 | 0.00 | 295.29 |
| Payroll Fees | 4,635.05 | 6,605.00 | 11,066.56 | 22,306.61 |
| Management Sandpoint | 0.00 | 0.00 | 484,458.28 | 484,458.28 |
| Meals & Entertainment | 36,371.28 | 120,483.34 | 95,787.53 | 252,642.15 |
| Miscellaneous | 9,399.01 | 1,752.74 | 4,386.50 | 15,538.25 |
| Management Clearwater | 120,000.00 | 0.00 | 0.00 | 120,000.00 |
| Vending Machine | 2,039.99 | 160.00 | 90.00 | 2,289.99 |
| Office Supplies | 25,802.14 | 32,989.04 | 39,750.59 | 98,541.77 |
| Bank Fees | 701.38 | 1,182.91 | 790.34 | 2,674.63 |
| Depreciation | 10,000.00 | 24,000.00 | 24,000.00 | 58,000.00 |
| Wages | 1,292,019.23 | 2,557,458.39 | 2,509,236.43 | 6,358,714.05 |
| Gifts | 7,193.20 | 10,700.67 | 1,492.59 | 19,386.46 |
| Postage | 349.36 | 1,710.51 | 2,869.19 | 4,929.06 |
| Repairs & Maintenance | 6,344.40 | 4,687.14 | 5,069.91 | 16,101.45 |
| Rent | 196,260.43 | 287,839.65 | 314,719.21 | 798,819.29 |
| Payroll Taxes | 68,001.01 | 134,536.39 | 145,884.86 | 348,422.26 |
| Taxes | 1,330.86 | 4,710.00 | 18,085.03 | 24,125.89 |
| Telephone | 92,719.64 | 173,490.31 | 225,173.88 | 491,383.83 |
| Travel | 13,809.48 | 28,583.33 | 30,153.04 | 72,545.85 |
| Utilities | 176.97 | 793.88 | 1,473.27 | 2,444.12 |
| Donations | 36,525.00 | 53,360.00 | 18,570.00 | 108,455.00 |
| Licenses & Fees | 2,141.60 | 149.00 | 601.75 | 2,892.35 |
| Interest | 222,479.37 | 5,000.00 | 425.00 | 227,904.37 |
|  |  |  |  |  |
| Total Expenses | 2,585,829.94 | 4,099,145.22 | 4,651,792.19 | 11,174,726.35 |
|  |  |  |  |  |
| Net Income | 99,004.07 | 704,227.91 | 746,769.56 | 1,712,042.54 |

Clearwater Bay Marketing LLC
Income Statement
For 2007 Thru 2011

| | 2007 | 2008 | 2009 | 2010 | 2011 | Total |
|---|---|---|---|---|---|---|
| Revenues | | | | | | |
| Fees | 576,579.99 | 1,616,000.00 | 2,495,807.65 | 2,738,000.00 | 1,510,680.23 | 8,937,067.87 |
| Fees Namakan | 0.00 | 54,541.17 | 508,400.00 | 1,043,602.75 | 512,675.72 | 2,119,219.64 |
| Fees CWB | 0.00 | 0.00 | 0.00 | 0.00 | 120,000.00 | 120,000.00 |
| Miscellaneous Income | 0.00 | 1,299.69 | 0.00 | 0.00 | 6,648.16 | 7,947.85 |
| | | | | | | |
| Total Revenues | 576,579.99 | 1,671,840.86 | 3,004,207.65 | 3,781,602.75 | 2,150,004.11 | 11,184,235.36 |
| | | | | | | |
| Cost of Sales | | | | | | |
| Leads | 264,107.25 | 785,533.42 | 1,446,210.73 | 1,847,814.89 | 544,001.15 | 4,887,667.44 |
| | | | | | | |
| Total Cost of Sales | 264,107.25 | 785,533.42 | 1,446,210.73 | 1,847,814.89 | 544,001.15 | 4,887,667.44 |
| | | | | | | |
| Gross Profit | 312,472.74 | 886,307.44 | 1,557,996.92 | 1,933,787.86 | 1,606,002.96 | 6,296,567.92 |
| | | | | | | |
| Expenses | | | | | | |
| Advertising | 0 | 0 | 0 | 1,155.75 | 0 | 1155.75 |
| Automobiles | 10,320.12 | 24,402.37 | 21,201.75 | 28,793.41 | 9,527.12 | 94,244.77 |
| Professional Fees | 0.00 | 500.00 | 540.00 | 0.00 | 0.00 | 1,040.00 |
| Accounting | 1,695.00 | 3,525.00 | 5,280.00 | 5,075.00 | 2,415.00 | 17,990.00 |
| Legal | 200.00 | 0.00 | 45,980.59 | 24,562.23 | 16,194.66 | 86,937.48 |
| Employee Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 35,022.87 | 35,022.87 |
| Insurance | 9,796.34 | 42,921.95 | 100,111.18 | 140,420.12 | 39,462.03 | 332,711.62 |
| Life Insurance | 0.00 | 0.00 | 911.60 | 2,718.96 | 1,018.62 | 4,649.18 |
| Interest | 113,104.11 | 285,229.18 | 0.00 | 0.00 | 0.00 | 398,333.29 |
| Office Equipment | 505.50 | 1,352.50 | 441.35 | 3,153.14 | 872.32 | 6,324.81 |
| Computer | 786.43 | 1,651.44 | 2,475.01 | 8,270.69 | 4,995.00 | 18,178.57 |
| Software | 0.00 | 0.00 | 0.00 | 0.00 | 1,770.00 | 1,770.00 |
| Web Site | 0.00 | 0.00 | 0.00 | 0.00 | 2,550.00 | 2,550.00 |
| Meals & Entertainment | 10,404.95 | 18,496.01 | 18,911.76 | 52,400.42 | 19,257.67 | 119,470.81 |
| Miscellaneous | 0.00 | 275.33 | 3,650.00 | 331.36 | 75.00 | 4,331.69 |
| Vending Machine | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| Office Supplies | 3,218.94 | 9,088.48 | 16,661.94 | 20,209.62 | 11,501.25 | 60,680.23 |
| Bank Fees | 17.00 | 176.84 | 423.70 | 294.04 | 349.98 | 1,261.56 |
| Contract Labor | 1,094.80 | 520.83 | 0.00 | 0.00 | 743.75 | 2,359.38 |
| Depreciation | 825.00 | 1,731.25 | 3,900.00 | 3,900.00 | 12,500.00 | 22,856.25 |
| Amortization | 660.00 | 655.00 | 1,500.00 | 1,500.00 | 0.00 | 4,315.00 |
| Wages | 70,503.88 | 339,370.29 | 607,060.06 | 776,273.91 | 453,428.48 | 2,246,636.62 |
| Gifts | 0.00 | 1,916.47 | 2,488.45 | 2,994.77 | 1,102.99 | 8,502.68 |
| Payroll Fees | 1,236.18 | 2,229.15 | 2,956.31 | 2,964.88 | 2,231.47 | 11,617.99 |
| Postage | 0.00 | 0.00 | 855.14 | 778.10 | 369.74 | 2,002.98 |
| Repairs & Maintenance | 53.01 | 36.72 | 4,335.75 | 1,805.53 | 357.75 | 6,588.76 |
| Rent | 7,425.00 | 10,261.00 | 16,916.00 | 17,208.00 | 2,912.28 | 54,722.28 |
| Payroll Taxes | 7,811.42 | 24,635.13 | 31,800.78 | 40,856.52 | 23,864.66 | 128,968.51 |
| Taxes | 0.00 | 1,719.76 | 2,744.28 | 5,954.97 | 2,044.00 | 12,463.01 |
| Telephone | 7,878.85 | 19,720.65 | 25,341.62 | 38,395.28 | 17,187.39 | 108,523.79 |
| Travel | 2,355.85 | 4,413.77 | 3,997.81 | 5,986.78 | 2,668.20 | 19,422.41 |
| Utilities | 0.00 | 0.00 | 849.58 | 1,476.99 | 93.36 | 2,419.93 |

## Clearwater Bay Marketing LLC
## Income Statement
## For 2007 Thru 2011

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Profit Sharing | 0.00 | 0.00 | 0.00 | 47,293.42 | 0.00 | 47,293.42 |
| Donations | 1,195.00 | 7,218.00 | 22,282.10 | 41,945.00 | 3,000.00 | 75,640.10 |
| Licenses & Fees | 0.00 | 2,570.00 | 2,605.95 | 3,436.89 | 105.57 | 8,718.41 |
| | 0.00 | 0.00 | 24,999.96 | 24,999.96 | 10,416.65 | 60,416.57 |
| | 0.00 | 0.00 | 53,333.36 | 39,999.96 | 16,666.65 | 109,999.97 |
| | 0.00 | 0.00 | 24,999.97 | 24,999.96 | 10,416.65 | 60,416.58 |
| | 0.00 | 0.00 | 6,249.96 | 1,562.49 | 0.00 | 7,812.45 |
| | 0.00 | 0.00 | 39,999.99 | 56,250.00 | 25,000.00 | 121,249.99 |
| | 0.00 | 0.00 | 6,249.96 | 1,041.66 | 0.00 | 7,291.62 |
| | 0.00 | 0.00 | 24,999.96 | 24,999.96 | 10,416.65 | 60,416.57 |
| | 0.00 | 0.00 | 18,750.00 | 17,187.50 | 6,250.00 | 42,187.50 |
| | 0.00 | 0.00 | 12,500.04 | 12,500.02 | 4,166.68 | 29,166.74 |
| | 0.00 | 0.00 | 12,500.04 | 12,500.04 | 5,208.35 | 30,208.43 |
| | 0.00 | 0.00 | 6,249.16 | 6,770.79 | 2,604.15 | 15,624.10 |
| | 0.00 | 0.00 | 6,249.16 | 6,249.96 | 2,604.15 | 15,103.27 |
| | 0.00 | 0.00 | 9,166.63 | 9,999.96 | 4,166.65 | 23,333.24 |
| | 0.00 | 0.00 | 21,999.99 | 21,999.96 | 9,166.65 | 53,166.60 |
| | 0.00 | 0.00 | 3,124.98 | 6,249.76 | 2,603.75 | 11,978.49 |
| | 0.00 | 0.00 | 20,833.33 | 20,000.04 | 8,333.35 | 49,166.72 |
| | 0.00 | 0.00 | 1,666.68 | 5,000.04 | 2,083.35 | 8,750.07 |
| | 0.00 | 0.00 | 19,166.70 | 23,000.04 | 7,666.68 | 49,833.42 |
| | 0.00 | 0.00 | 37,500.03 | 50,000.04 | 25,000.02 | 112,500.09 |
| | 0.00 | 0.00 | 12,500.04 | 12,500.04 | 6,250.02 | 31,250.10 |
| | 0.00 | 0.00 | 140,000.04 | 140,000.04 | 70,000.02 | 350,000.10 |
| | 0.00 | 0.00 | 2,625.00 | 0.00 | 0.00 | 2,625.00 |
| | 0.00 | 0.00 | 0.00 | 11,666.64 | 7,291.65 | 18,958.29 |
| Interest | 0.00 | 0.00 | 0.00 | 22,916.74 | 12,500.04 | 35,416.78 |
| Interest | 0.00 | 0.00 | 0.00 | 16,666.68 | 3,333.32 | 20,000.00 |
| Interest | 0.00 | 0.00 | 10,035.96 | 3,345.32 | 0.00 | 13,381.28 |
| Total Expenses | 251,087.38 | 804,617.12 | 1,461,923.65 | 1,852,563.38 | 921,766.59 | 5,290,802.37 |
| Net Income | 61,385.36 | 81,690.32 | 96,073.27 | 81,224.48 | 684,236.37 | 1,005,765.547 |

Orion Services
Income Statement
For the Seven Months Ending July 31, 2014

|  | Current Month | | Year to Date | |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Management | $ 60,778.89 | 91.57 | $ 517,304.21 | 86.84 |
| Miscellaneous | 5,595.98 | 8.43 | 78,415.93 | 13.16 |
| Total Revenues | 66,374.87 | 100.00 | 595,720.14 | 100.00 |
| **Cost of Sales** | | | | |
| Total Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Profit | 66,374.87 | 100.00 | 595,720.14 | 100.00 |
| **Expenses** | | | | |
| Payroll Fees | 218.24 | 0.33 | 1,475.48 | 0.25 |
| Automobiles | 0.00 | 0.00 | 2,118.37 | 0.36 |
| Accounting | 0.00 | 0.00 | 1,670.00 | 0.28 |
| Legal | 0.00 | 0.00 | 1,875.00 | 0.31 |
| Insurance | 10,144.90 | 15.28 | 57,033.51 | 9.57 |
| Computer | 0.00 | 0.00 | 3,561.67 | 0.60 |
| Donations | 0.00 | 0.00 | 1,500.00 | 0.25 |
| Leasehold Improvements | 1,007.18 | 1.52 | 2,507.18 | 0.42 |
| Miscellaneous | 0.00 | 0.00 | 5,126.09 | 0.86 |
| Office | 748.30 | 1.13 | 4,033.36 | 0.68 |
| Payroll Clearing | 30,710.64 | 46.27 | 264,465.86 | 44.39 |
| Professional Fee | 2,136.40 | 3.22 | 2,136.40 | 0.36 |
| Postage | 69.52 | 0.10 | 139.16 | 0.02 |
| Repairs & Maintenance | 1,249.00 | 1.88 | 1,249.00 | 0.21 |
| Rent | 0.00 | 0.00 | 19,890.00 | 3.34 |
| Payroll Taxes | 12,469.79 | 18.79 | 105,261.74 | 17.67 |
| Taxes | 1,375.84 | 2.07 | 1,375.84 | 0.23 |
| Telephone | 7,595.93 | 11.44 | 30,478.16 | 5.12 |
| Credit Card Expenses | 4,777.63 | 7.20 | 18,177.27 | 3.05 |
| Licenses & Fees | 0.00 | 0.00 | 265.42 | 0.04 |
| Total Expenses | 72,503.37 | 109.23 | 524,339.51 | 88.02 |
| Net Income | $ (6,128.50) | (9.23) | $ 71,380.63 | 11.98 |

**Exhibit C**

# Sandpoint Capital LLC
# Income Statement
# 2007 Thru 2013

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | |
| Pulls | 2,885,863.45 | 4,496,323.00 | 7,133,276.00 | 7,772,704.50 | 7,323,562.50 | 6,153,902.75 | 3,262,112.94 | 39,027,745.14 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130,000.00 | 0.00 | 130,000.00 |
| Collection Revenue | 0.00 | 0.00 | 0.00 | 253,640.65 | 258,392.90 | 190,525.36 | 503,754.49 | 1,714,293.24 |
| Interest Namakan | 58,821.54 | 206,696.50 | 242,461.80 | 6,259.96 | 99,888.03 | 6,249.96 | 4,166.64 | 116,564.59 |
| Bank Int | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.85 | 9.54 | 19.39 |
| Management Fee CWB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 484,458.28 | 484,458.28 |
| | | | | | | | | |
| Total Revenues | 2,944,684.99 | 4,703,019.50 | 7,375,737.80 | 8,032,605.11 | 7,681,843.43 | 6,480,687.92 | 4,254,501.89 | 41,473,080.64 |
| | | | | | | | | |
| **Cost of Sales** | | | | | | | | |
| Returns | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,600.00 | 1,405,915.83 |
| Bad Advances | 1,348,315.83 | 3,033,091.00 | 4,501,278.00 | 4,515,958.00 | 4,520,852.50 | 4,021,949.61 | 3,115,473.00 | 24,821,157.11 |
| Leads | 1,112,555.00 | 0.00 | 0.00 | 0.00 | 554,834.26 | 889,246.56 | 560,058.89 | 2,004,139.71 |
| Bank Fees | 25,466.30 | 57,053.22 | 80,810.24 | 76,281.52 | 81,409.68 | 94,477.34 | 54,643.32 | 470,141.62 |
| | | | | | | | | |
| Total Cost of Sales | 2,486,337.13 | 3,090,144.22 | 4,582,088.24 | 4,592,239.52 | 5,157,096.44 | 5,005,673.51 | 3,787,775.21 | 28,701,354.27 |
| | | | | | | | | |
| Gross Profit | 458,347.86 | 1,612,875.28 | 2,793,649.56 | 3,440,365.59 | 2,524,746.99 | 1,475,014.41 | 466,726.68 | 12,771,726.37 |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Automobiles | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,604.67 | 0.00 | 1,604.67 |
| Legal | 0.00 | 0.00 | 108,000.00 | 0.00 | 0.00 | 66,902.92 | 15,149.50 | 190,052.42 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,978.06 | 4,978.06 |
| Donations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| Meals & Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,314.73 | 0.00 | 60,314.73 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.02 | 894.02 |
| Management Fee | 0.00 | 770.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,885,722.13 |
| Management Fees CWB | 576,500.00 | 1,616,000.00 | 2,421,791.90 | 2,738,000.00 | 1,510,680.23 | 22,750.00 | 0.00 | 1,203,405.30 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 582,620.25 | 426,715.41 | 194,069.64 | 486.98 |
| Postage | 0.00 | 0.00 | 0.00 | 0.00 | 177.66 | 309.32 | 0.00 | 400.73 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.73 | 0.00 | 3,963.75 |
| Licenses & Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,963.75 | 0.00 | 425.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 | 250.00 | 3,500.00 |
| Interest | 0.00 | 3,500.00 | 0.00 | 0.00 | 0.00 | | | 43,749.93 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 2,083.33 | 24,999.96 | 16,666.64 | 60,416.59 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 2,083.33 | 24,999.96 | 33,333.30 | 86,666.60 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 3,333.33 | 39,999.96 | 43,333.31 | 50,000.04 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 3,333.32 | 40,000.08 | 6,666.64 | 43,749.93 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 2,083.33 | 24,999.96 | 16,666.64 | 41,124.98 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 41,124.98 | 0.00 | 0.00 | 29,166.75 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 6,250.02 | 12,500.28 | 10,416.45 | 3,715.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,715.00 | 0.00 | 20,000.00 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | |
| | | | | | | | | |
| Total Expenses | 576,500.00 | 1,620,270.00 | 2,529,791.90 | 2,738,000.00 | 2,153,769.78 | 756,351.73 | 361,654.20 | 10,736,337.61 |
| | | | | | | | | |
| Net Income | (118,152.14) | (7,394.72) | 263,857.66 | 702,365.59 | 370,977.21 | 718,662.68 | 105,072.48 | 2,035,388.76 |

**Exhibit D**

Basseterre Capital LLC
Income Statement
For the Ten Months Ending October 31, 2013

|  | Current Month | | Year to Date | |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Capital Contribution | 0.00 | 0.00 | 226,574.68 | 20.62 |
| Pulls | 0.00 | 0.00 | 825,108.81 | 75.10 |
| Collection Revenue | 30,219.92 | 100.00 | 46,969.92 | 4.28 |
| Total Revenues | 30,219.92 | 100.00 | 1,098,653.41 | 100.00 |
| **Cost of Sales** | | | | |
| Loans | 0.00 | 0.00 | 713,278.00 | 64.92 |
| ACH Fees | 0.00 | 0.00 | 135,300.87 | 12.32 |
| Total Cost of Sales | 0.00 | 0.00 | 848,578.87 | 77.24 |
| Gross Profit | 30,219.92 | 100.00 | 250,074.54 | 22.76 |
| **Expenses** | | | | |
| Capital Distribution | 208,302.49 | 689.29 | 213,802.49 | 19.46 |
| Management Fees CWB | 0.00 | 0.00 | 33,229.40 | 3.02 |
| Bank Fees | 19.64 | 0.06 | 3,042.65 | 0.28 |
| Total Expenses | 208,322.13 | 689.35 | 250,074.54 | 22.76 |
| Net Income | (178,102.21) | (589.35) | 0.00 | 0.00 |

Exhibit E

Namakan Capital LLC
Income Statement
2008 Thru 2013

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| Pulls | 161,250.00 | 1,796,683.00 | 2,935,530.00 | 3,787,101.95 | 3,068,304.24 | 1,480,156.00 | 13,229,025.19 |
| Collection Revenue | 0.00 | 69,686.65 | 148,581.40 | 171,574.83 | 106,845.75 | 171,644.26 | 668,332.89 |
| Total Revenues | 161,250.00 | 1,866,369.65 | 3,084,111.40 | 3,958,676.78 | 3,175,149.99 | 1,651,800.26 | 13,897,358.08 |
| | | | | | | | |
| **Cost of Sales** | | | | | | | |
| Bad Advances | 145,250.00 | 1,408,581.00 | 1,946,342.00 | 2,709,282.50 | 2,036,592.00 | 1,217,994.75 | 9,464,042.25 |
| Leads | 0.00 | 0.00 | 0.00 | 400,386.36 | 513,922.64 | 247,601.66 | 1,161,910.66 |
| Total Cost of Sales | 145,250.00 | 1,408,581.00 | 1,946,342.00 | 3,109,668.86 | 2,550,514.64 | 1,465,596.41 | 10,625,952.91 |
| Gross Profit | 16,000.00 | 457,788.65 | 1,137,769.40 | 849,007.92 | 624,635.35 | 186,203.85 | 3,271,405.17 |
| | | | | | | | |
| **Expenses** | | | | | | | |
| Automobiles | 0.00 | 3,051.40 | 18,692.80 | 20,181.30 | 19,297.29 | 17,704.50 | 78,927.29 |
| Accounting | 0.00 | 0.00 | 400.00 | 0.00 | 2,900.00 | 2,690.00 | 5,990.00 |
| Insurance | 0.00 | 3,600.00 | 0.00 | 0.00 | 2,701.60 | 5,403.20 | 11,704.80 |
| Legal | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| Interest | 0.00 | 0.00 | 4,181.65 | 8,333.33 | 2,354.10 | 0.00 | 14,869.08 |
| Computer | 0.00 | 189.71 | 357.44 | 0.00 | 0.00 | 108.53 | 655.68 |
| Meals & Entertainment | 0.00 | 1,281.96 | 19,490.06 | 24,227.68 | 27,354.87 | 13,718.35 | 86,072.92 |
| Miscellaneous | 0.00 | 90.00 | 879.15 | 99.00 | 160.00 | 0.00 | 1,228.15 |
| Management Fee | 54,541.17 | 581,962.00 | 1,043,602.75 | 512,675.72 | 1,200.00 | 0.00 | 2,193,981.64 |
| Management Fee SP | 0.00 | 0.00 | 6,259.96 | 99,888.03 | 6,249.96 | 4,166.64 | 116,564.59 |
| Management Fees CWB | 0.00 | 0.00 | 0.00 | 143,876.40 | 294,715.65 | 261,403.13 | 699,995.18 |
| Office Supplies | 0.00 | 1,624.51 | 5,065.37 | 5,013.96 | 6,354.04 | 2,385.33 | 20,443.21 |
| Bank Fees | 2,811.19 | 20,790.86 | 30,399.96 | 45,965.22 | 36,437.14 | 22,564.81 | 158,969.18 |
| Gifts | 0.00 | 0.00 | 300.00 | 850.00 | 160.79 | 0.00 | 1,310.79 |
| Postage | 0.00 | 0.00 | 58.81 | 0.00 | 0.00 | 40.65 | 99.46 |
| Printing | 0.00 | 0.00 | 109.88 | 0.00 | 0.00 | 0.00 | 109.88 |
| Repairs & Maintenance | 0.00 | 0.00 | 8,364.73 | 1,912.27 | 3,308.83 | 0.00 | 13,585.83 |
| Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 418.28 | 0.00 | 0.00 | 418.28 |
| Property Taxes | 0.00 | 0.00 | 684.48 | 0.00 | 0.00 | 0.00 | 684.48 |
| Taxes | 0.00 | 4,241.13 | 749.26 | 30.25 | 0.00 | 0.00 | 5,020.64 |
| Telephone | 0.00 | 1,152.92 | 3,608.38 | 3,305.68 | 3,682.86 | 3,637.98 | 15,387.82 |
| Travel | 0.00 | 0.00 | 4,011.81 | 4,439.31 | 8,611.04 | 4,527.41 | 21,589.57 |
| Utilities | 0.00 | 0.00 | 0.00 | 195.00 | 350.00 | 0.00 | 545.00 |
| Donations | 0.00 | 1,502.00 | 6,281.00 | 6,354.50 | 0.00 | 0.00 | 14,137.50 |
| Licenses & Fees | 0.00 | 0.00 | 3,128.00 | 0.00 | 0.00 | 433.29 | 3,561.29 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 9,166.65 | 0.00 | 9,166.65 |
| Interest | 0.00 | 0.00 | 0.00 | 12,500.04 | 25,000.08 | 16,666.72 | 54,166.84 |
| Interest | 0.00 | 0.00 | 0.00 | 25,000.02 | 50,000.04 | 33,333.36 | 108,333.42 |
| Interest | 0.00 | 0.00 | 0.00 | 4,999.98 | 9,999.96 | 2,499.99 | 17,499.93 |
| Interest | 0.00 | 0.00 | 0.00 | 1,666.67 | 20,000.04 | 13,333.36 | 35,000.07 |
| Interest | 0.00 | 0.00 | 0.00 | 1,666.66 | 19,999.92 | 6,666.64 | 28,333.22 |
| Interest | 0.00 | 0.00 | 0.00 | 958.33 | 12,458.31 | 0.00 | 13,416.64 |
| Interest | 0.00 | 0.00 | 0.00 | 1,041.67 | 12,500.04 | 8,333.36 | 21,875.07 |
| Interest | 0.00 | 0.00 | 0.00 | 416.63 | 3,333.48 | 0.00 | 3,750.11 |
| Interest | 0.00 | 0.00 | 0.00 | 7,520.79 | 16,374.90 | 9,749.94 | 33,645.63 |
| Interest | 0.00 | 0.00 | 0.00 | 3,125.00 | 37,500.00 | 25,000.00 | 65,625.00 |
| Interest | 0.00 | 0.00 | 0.00 | 1,458.33 | 17,499.96 | 5,833.28 | 24,791.57 |
| Interest | 0.00 | 0.00 | 0.00 | 4,166.67 | 50,000.04 | 33,333.36 | 87,500.07 |
| Interest | 0.00 | 0.00 | 0.00 | 1,041.66 | 6,249.96 | 1,562.49 | 8,854.11 |
| Interest | 0.00 | 0.00 | 0.00 | 520.83 | 6,249.96 | 4,166.64 | 10,937.43 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 1,666.78 | 0.00 | 1,666.78 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 7,291.62 | 8,333.28 | 15,624.90 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 19,166.62 | 21,666.64 | 40,833.26 |
| Interest | 0.00 | 0.00 | 0.00 | 4,166.67 | 0.00 | 0.00 | 4,166.67 |
| Total Expenses | 57,352.36 | 619,486.49 | 1,156,975.49 | 948,015.88 | 740,296.53 | 529,262.88 | 4,051,389.63 |
| Net Income | (41,352.36) | (161,697.84) | (19,206.09) | (99,007.96) | (115,661.18) | (343,059.03) | (779,984.46) |

Exhibit F

Vandelier Group LLC
Income Statement
2011 Thru 2014

| | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|
| Revenues | | | | | |
| Pulls | 3,053,285.00 | 11,098,266.00 | 6,589,128.01 | 0.00 | 20,740,679.01 |
| Collections | 10,390.00 | 456,700.45 | 554,544.95 | 555,526.97 | 1,577,162.37 |
| Fee Longboat | 15,000.00 | 0.00 | 0.00 | 0.00 | 15,000.00 |
| Fee Oread | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| Fee St Armands | 0.00 | 27,500.00 | 0.00 | 0.00 | 27,500.00 |
| Total Revenues | 3,080,175.00 | 11,582,466.45 | 7,143,672.96 | 555,526.97 | 22,361,841.38 |
| | | | | | |
| Cost of Sales | | | | | |
| Bad Advances | 2,315,822.00 | 7,471,633.45 | 5,135,049.60 | 476,830.00 | 15,399,335.05 |
| Fees | 42,522.70 | 137,440.55 | 92,959.20 | 0.00 | 272,922.45 |
| Leads | 18,171.00 | 0.00 | 17,557.80 | 0.00 | 35,728.80 |
| Total Cost of Sales | 2,376,515.70 | 7,609,074.00 | 5,245,566.60 | 476,830.00 | 15,707,986.30 |
| | | | | | |
| Gross Profit | 703,659.30 | 3,973,392.45 | 1,898,106.36 | 78,696.97 | 6,653,855.08 |
| | | | | | |
| Expenses | | | | | |
| Management Fee Canyon Rd | 480,250.00 | 2,031,000.00 | 1,678,499.11 | 0.00 | 4,189,749.11 |
| Management Fees Anasazi | 61,816.50 | 1,879,000.00 | 1,472,250.00 | 0.00 | 3,413,066.50 |
| Management Fees CWB | 299,862.00 | 0.00 | 0.00 | 0.00 | 299,862.00 |
| Managment Fees Cerrilos | 137,512.50 | 37,500.00 | 111,000.00 | 0.00 | 286,012.50 |
| Total Expenses | 979,441.00 | 3,947,500.00 | 3,261,749.11 | 0.00 | 8,188,690.11 |
| | | | | | |
| Net Income | (275,781.70) | 25,892.45 | (1,363,642.75) | 78,696.97 | (1,534,835.03) |

Case 4:14-cv-00783-DW   Document 158-1   Filed 05/20/15   Page 8 of 15

Exhibit   G

St Armands Group LLC
Income Statement
2011 thru 2014

| | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|
| Revenues | | | | | |
| Pulls | 5,299,950.00 | 10,722,063.65 | 6,224,269.71 | no activity | 22,246,283.36 |
| Collections | 35,369.75 | 494,017.80 | 256,203.00 | | 785,590.55 |
| Total Revenues | 5,335,319.75 | 11,216,081.45 | 6,480,472.71 | | 23,031,873.91 |
| | | | | | |
| Cost of Sales | | | | | |
| Bad Advances | 4,190,360.00 | 7,302,029.00 | 4,366,328.12 | | 15,858,717.12 |
| Fees | 81,638.48 | 153,836.38 | 79,417.59 | | 314,892.45 |
| Leads | 40,441.00 | 0.00 | 20,164.05 | | 60,605.05 |
| Total Cost of Sales | 4,312,439.48 | 7,455,865.38 | 4,465,909.76 | | 16,234,214.62 |
| | | | | | |
| Gross Profit | 1,022,880.27 | 3,760,216.07 | 2,014,562.95 | | 6,797,659.29 |
| | | | | | |
| Expenses | | | | | |
| Management Fee CWB | 285,862.60 | 0 | 0 | | 285,862.60 |
| Management Fee Canyon Rd | 633,500.00 | 0.00 | 1,323,960.29 | | 1,957,460.29 |
| Managment Fee Longboat | 0.00 | 42,500.00 | 0.00 | | 42,500.00 |
| Management Fee Canyon | 0.00 | 2,039,000.00 | 0.00 | | 2,039,000.00 |
| Management Fee Anasazi | 117,500.00 | 1,760,000.00 | 1,341,000.00 | | 3,218,500.00 |
| Management Fee Vandelier | 0.00 | 27,500.00 | 0.00 | | 27,500.00 |
| Management Fee Edata | 553,500.76 | 0.00 | 0.00 | | 553,500.76 |
| Managment Fee Cerrilos | 0.00 | 27,000.00 | 60,550.00 | | 87,550.00 |
| Total Expenses | 1,590,363.36 | 3,896,000.00 | 2,725,510.29 | | 7,926,011.05 |
| | | | | | |
| Net Income | (567,483.09) | (135,783.93) | (710,947.34) | | (1,128,351.76) |

Case 4:14-cv-00783-DW   Document 158-1   Filed 05/20/15   Page 9 of 15

Exhibit H

Anasazi Group LLC
Income Statement
2011 Thru 2014

|  | 2011 | 2012 | 2013 | 2014 | Total |
|---|---:|---:|---:|---:|---:|
| **Revenues** | | | | | |
| Pulls | 7,534,444.50 | 11,539,070.50 | 6,494,975.92 | 0.00 | 25,568,490.92 |
| Misc. Income | 0.00 | 0.00 | 0.00 | 4,000.00 | 4,000.00 |
| Collections | 104,019.25 | 571,442.30 | 584,939.20 | 32,234.00 | 1,292,634.75 |
| Fee Longboat | 131,033.00 | 2,060,000.00 | 1,493,750.00 | 0.00 | 3,684,783.00 |
| Fee St Armands | 117,500.00 | 1,760,000.00 | 1,341,000.00 | 0.00 | 3,218,500.00 |
| Fee Vandelier | 61,816.50 | 1,879,000.00 | 1,472,250.00 | 0.00 | 3,413,066.50 |
| Fee Oread | 134,500.00 | 1,684,058.75 | 1,397,500.00 | 0.00 | 3,216,058.75 |
| Fees Cerrillos | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| Fees Canyon Road | 0.00 | 2,607,000.00 | 950,750.00 | 141,150.00 | 3,698,900.00 |
| Income KSQ | 0.00 | 75,000.00 | 62,500.00 | 0.00 | 137,500.00 |
| **Total Revenues** | 8,083,313.25 | 22,175,571.55 | 13,797,915.12 | 177,384.00 | 44,234,183.92 |
| | | | | | |
| **Cost of Sales** | | | | | |
| Bad Advances | 5,906,260.00 | 7,809,053.00 | 6,158,202.50 | 250,485.00 | 20,124,000.50 |
| Returns | 0.00 | 0.00 | 0.00 | 3,850.00 | 3,850.00 |
| Fees | 108,569.11 | 128,700.46 | 71,554.44 | 0.00 | 308,824.01 |
| Leads | 60,063.00 | 9,537,102.50 | 4,408,668.51 | 38,847.00 | 14,044,681.01 |
| **Total Cost of Sales** | 6,074,892.11 | 17,474,855.96 | 10,638,425.45 | 293,182.00 | 34,481,355.52 |
| **Gross Profit** | 2,008,421.14 | 4,700,715.59 | 3,159,489.67 | (115,798.00) | 9,752,828.40 |
| | | | | | |
| **Expenses** | | | | | |
| Consulting | 0.00 | 120,000.00 | 50,639.00 | 0.00 | 170,639.00 |
| Automobiles | 0.00 | 0.00 | 1,468.07 | 3,658.36 | 5,126.43 |
| Accounting | 6,030.00 | 13,490.00 | 15,125.00 | 3,325.00 | 37,970.00 |
| Legal | 99.00 | 33,383.29 | 107,377.57 | 29,748.02 | 170,607.88 |
| Insurance | 0.00 | 0.00 | 9,232.50 | 0.00 | 9,232.50 |
| Office Equipment | 624.02 | 0.00 | 0.00 | 0.00 | 624.02 |
| Interest | 0.00 | 0.00 | 0.00 | 6,671.44 | 6,671.44 |
| Meals & Entertainment | 2,893.21 | 60,020.47 | 9,404.32 | 3,051.07 | 75,369.07 |
| Bank Fee | 548.62 | 245.00 | 0.00 | 693.96 | 1,487.58 |
| Office Supplies | 1,582.03 | 4,023.62 | 6,951.55 | 3,848.95 | 16,406.15 |
| Management Fee Canyon Rd | 0.00 | 1,526,500.00 | 1,885,756.12 | 0.00 | 3,412,256.12 |
| Management Fee Cerrilos | 0.00 | 124,000.00 | 114,700.00 | 12,200.00 | 250,900.00 |
| Management CWB | 646,765.30 | 2,652,247.08 | 1,537,255.33 | -27,500.00 | 4,863,767.71 |
| Management Fee Edata | 2,308,158.02 | 0.00 | 0.00 | 0.00 | 2,308,158.02 |
| Managment Fee MD | 0.00 | 0.00 | 1,058,030.00 | 0.00 | 1,058,030.00 |
| Management Fee Peravil | 0.00 | 0.00 | 22,300.00 | 0.00 | 22,300.00 |
| Managment Svc Orion | 0.00 | 0.00 | 0.00 | 42,500.00 | 42,500.00 |
| Partner Payment | 16,000.00 | | | | 16,000.00 |
| Rent | 0.00 | 2,492.10 | 2,439.60 | 3,805.06 | 8,736.76 |
| Telephone | 535.97 | 2,644.66 | 7,541.99 | 3,929.49 | 14,652.11 |
| Licenses & Fees | 118.00 | 9,940.63 | 3,268.76 | 3,333.47 | 16,660.86 |
| **Total Expenses** | 2,983,354.17 | 4,548,986.85 | 4,831,489.81 | 144,264.82 | 12,508,095.65 |
| **Net Income** | (974,933.03) | 151,728.74 | (1,672,000.14) | (260,062.82) | (2,755,267.25) |

Exhibit I

Longboat Group LLC
Income Statement
2011 Thru 2014

| | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|
| Revenues | | | | | |
| Pulls | 4,322,294.00 | 11,266,629.20 | 6,674,584.90 | 0.00 | 22,263,508.10 |
| Collections | 0.00 | 433,122.28 | 535,574.46 | 564,421.53 | 1,533,118.27 |
| Fee St Armands | 0.00 | 42,500.00 | 0.00 | 0.00 | 42,500.00 |
| Total Revenues | 4,322,294.00 | 11,742,251.48 | 7,210,159.36 | 564,421.53 | 23,839,126.37 |
| | | | | | |
| Cost of Sales | | | | | |
| Bad Advances | 3,248,285.00 | 7,346,928.00 | 5,109,010.90 | 684,070.00 | 16,388,293.90 |
| Fees | 61,742.99 | 137,028.20 | 74,382.71 | 0.00 | 273,153.90 |
| Leads | 31,156.00 | 0.00 | 20,851.45 | 0.00 | 52,007.45 |
| Total Cost of Sales | 3,341,183.99 | 7,483,956.20 | 5,204,245.06 | 684,070.00 | 16,713,455.25 |
| | | | | | |
| Gross Profit | 981,110.01 | 4,258,295.28 | 2,005,914.30 | (119,648.47) | 7,125,671.12 |
| | | | | | |
| Expenses | | | | | |
| Management Fee Canyon Rd | 351,500.00 | 2,019,500.00 | 1,668,155.59 | 0.00 | 4,039,155.59 |
| Management Fee Vandelier | 15,000.00 | 0.00 | 0.00 | 0.00 | 15,000.00 |
| Management Fee Anasazi | 131,033.00 | 2,060,000.00 | 1,473,750.00 | 0.00 | 3,664,783.00 |
| Management Fee Cerrilos | 0.00 | 43,500.00 | 114,500.00 | 0.00 | 158,000.00 |
| Management Fee CWB | 237,704.70 | 0.00 | 0.00 | 0.00 | 237,704.70 |
| Management Fee Edata | 380,647.88 | 0.00 | 0.00 | 0.00 | 380,647.88 |
| Management Fee Ted | 0.00 | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| Total Expenses | 1,115,885.58 | 4,128,000.00 | 3,256,405.59 | 0.00 | 8,500,291.17 |
| | | | | | |
| Net Income | (134,775.57) | 130,295.28 | (1,250,491.29) | (119,648.47) | (1,374,620.05) |

Exhibit J

Oread Group LLC
Income Statement
2011 Thru 2014

|  | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|
| Revenues |  |  |  |  |  |
| Pulls | 1,440,392.00 | 10,056,115.00 | 6,175,158.76 | 0.00 | 17,671,665.76 |
| Collections | 0.00 | 382,632.10 | 409,123.90 | 266,063.18 | 1,057,819.18 |
| Total Revenues | 1,440,392.00 | 10,438,747.10 | 6,584,282.66 | 266,063.18 | 18,729,484.94 |
| Cost of Sales |  |  |  |  |  |
| Bad Advances | 1,170,375.00 | 7,286,295.00 | 5,112,531.15 | 559,705.00 | 14,128,906.15 |
| Fees | 20,523.30 | 132,263.10 | 87,972.13 | 0.00 | 240,758.53 |
| Total Cost of Sales | 1,190,898.30 | 7,418,558.10 | 5,200,503.28 | 559,705.00 | 14,369,664.68 |
| Gross Profit | 249,493.70 | 3,020,189.00 | 1,383,779.38 | (293,641.82) | 4,359,820.26 |
| Expenses |  |  |  |  |  |
| Management Fee Canyon Rd | 207,000.00 | 1,269,000.00 | 1,246,007.08 | 0.00 | 2,722,007.08 |
| Management Fee Vandelier | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| Management Fee CWB | 30,941.25 | 0.00 | 0.00 | 0.00 | 30,941.25 |
| Managment Fee Anasazi | 134,500.00 | 1,684,058.75 | 1,397,500.00 | 0.00 | 3,216,058.75 |
| Management Fee Cerrilos | 0.00 | 22,000.00 | 25,000.00 | 0.00 | 47,000.00 |
| Total Expenses | 373,941.25 | 2,975,058.75 | 2,668,507.08 | 0.00 | 6,017,507.08 |
| Net Income | (124,447.55) | 45,130.25 | (1,284,727.70) | (293,641.82) | (1,657,686.82) |

Exhibit K

## Canyon Road Holdings LLC
### Income Statement
### 2011 Thru 2014

| | 2011 | 2012 | 2013 | 2014 | Total |
|---|---:|---:|---:|---:|---:|
| **Revenues** | | | | | |
| Fee Longboat | 351,500.00 | 2,019,500.00 | 1,668,065.59 | (564,421.53) | 3,474,644.06 |
| Fee St Armands | 633,500.00 | 2,039,000.00 | 1,323,960.29 | 0.00 | 3,996,460.29 |
| Fees Anasazi Group | 0.00 | 1,526,500.00 | 1,874,756.12 | 0.00 | 3,401,256.12 |
| Fees Oread | 207,000.00 | 1,269,000.00 | 1,246,007.08 | (266,063.18) | 2,455,943.90 |
| Fees Vandelier | 480,000.00 | 2,031,000.00 | 1,678,499.11 | (550,526.97) | 3,638,972.14 |
| Fee Fortune Peak | 0.00 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| Fee Cerriolos | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Collections | 0.00 | 0.00 | 0.00 | 1,481,565.12 | 1,481,565.12 |
| Income Viking | 0.00 | 0.00 | 1,004,691.60 | 0.00 | 1,004,691.60 |
| **Total Revenues** | 1,672,000.00 | 8,887,500.00 | 8,795,979.79 | 100,553.44 | 19,456,033.23 |
| | | | | | |
| **Expenses** | | | | | |
| Bank Fees | 1,528.89 | 3,226.92 | 6,184.97 | 2,404.71 | 13,345.49 |
| Micellaneous | 6,250.00 | 0.00 | 0.00 | 0.00 | 6,250.00 |
| Office Supplies | 119.58 | 0.00 | 0.00 | 0.00 | 119.58 |
| Management Fee Cerriolos | 0.00 | 164,000.00 | 270,600.00 | 184,625.00 | 619,225.00 |
| Management Fee Anasazi | 0.00 | 2,607,000.00 | 965,750.00 | 141,150.00 | 3,713,900.00 |
| Donations | 0.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 |
| Interest | 9,938.31 | 10,440.87 | 1,919.22 | 0.00 | 22,298.40 |
| Interest | 4,999.99 | 13,066.59 | 945.31 | 0.00 | 19,011.89 |
| Interest | 20,833.32 | 84,871.92 | 38,596.71 | 0.00 | 144,301.95 |
| Interest | 20,216.25 | 26,462.03 | 5,738.87 | 0.00 | 52,417.15 |
| Interest | 36,710.28 | 107,041.23 | 72,562.08 | 101,791.60 | 318,105.19 |
| Interest | 18,355.14 | 30,708.05 | 7,981.40 | 0.00 | 57,044.59 |
| Interest | 86,825.28 | 115,688.44 | 25,664.74 | 0.00 | 228,178.46 |
| Interest | 165,408.95 | 367,465.95 | 101,251.41 | 0.00 | 634,126.31 |
| Interest | 20,833.32 | 65,977.92 | 36,567.69 | 53,371.52 | 176,750.45 |
| Interest | 9,776.82 | 16,090.05 | 4,085.84 | 0.00 | 29,952.71 |
| Interest | 18,355.14 | 58,424.55 | 38,320.19 | 50,895.80 | 165,995.68 |
| Interest | 12,500.00 | 47,832.73 | 12,977.22 | 15,571.03 | 88,880.98 |
| Interest | 270,250.88 | 648,622.88 | 1,285,756.94 | 155,873.29 | 2,360,503.99 |
| Interest | 5,000.01 | 19,827.94 | 15,357.10 | 5,151.57 | 45,336.62 |
| Interest | 9,999.99 | 39,655.78 | 30,714.18 | 10,303.14 | 90,673.09 |
| Interest | 24,999.99 | 99,139.48 | 134,869.62 | 25,757.82 | 284,766.91 |
| Interest | 404,469.43 | 1,005,884.10 | 853,522.49 | 0.00 | 2,263,876.02 |
| Interest | 6,666.66 | 39,885.87 | 55,862.28 | 11,007.75 | 113,422.56 |
| Interest | 90,000.00 | 459,999.98 | 430,881.51 | 114,540.80 | 1,095,422.29 |
| Interest | 4,166.67 | 41,750.24 | 14,729.97 | 0.00 | 60,646.88 |
| Interest | 0.00 | 6,186.00 | 7,680.36 | 12,732.94 | 26,599.30 |
| Interest | 0.00 | 51,333.02 | 57,719.19 | 113,300.95 | 222,353.16 |
| Interest | 0.00 | 15,624.99 | 112,945.26 | 84,621.50 | 213,191.75 |
| Interest | 0.00 | 0.00 | 43,750.00 | 132,617.68 | 176,367.68 |
| Interest | 0.00 | 0.00 | 79,161.44 | 6,250.00 | 85,411.44 |
| **Total Expenses** | 1,248,204.90 | 6,166,207.53 | 4,712,095.99 | 1,221,967.10 | 13,348,475.52 |
| | | | | | |
| **Net Income** | 423,795.10 | 2,721,292.47 | 4,083,883.80 | (1,121,413.66) | 6,107,557.71 |

Exhibit L

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | |
| Mgmt Fees FRH | 0.00 | 0.00 | 0.00 | (20,325.00) | (59,650.00) | 0.00 | (57,250.00) | 0.00 | (137,225.00) |
| Management Fee | 99,500.00 | 608,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 707,500.00 |
| Collections | 0.00 | 102,350.40 | 55,986.35 | 10,152.75 | 4,198.16 | 0.00 | 0.00 | 0.00 | 172,687.66 |
| Mgmt fee JHS | 0.00 | 0.00 | 177,550.00 | 201,900.00 | 98,683.00 | 295,500.00 | 128,250.00 | 18,150.00 | 920,033.00 |
| Mgmt fee HH Group | 0.00 | 0.00 | 449,200.00 | 862,650.00 | 675,491.00 | 538,750.00 | 17,300.00 | 17,250.00 | 2,560,641.00 |
| Management Fee IIG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,300.00 | 55,250.00 | 60,550.00 |
| | | | | | | | | | |
| **Total Revenues** | 99,500.00 | 710,350.40 | 682,736.35 | 1,054,377.75 | 718,722.16 | 834,250.00 | 93,600.00 | 90,650.00 | 4,284,186.66 |
| | | | | | | | | | |
| **Expenses** | | | | | | | | | |
| Partner's Draw Randy | 0.00 | 0.00 | 0.00 | 0.00 | 108,500.00 | 150,000.00 | 77,000.00 | 0.00 | 335,500.00 |
| Partner's Draw Ted | 0.00 | 0.00 | 0.00 | 0.00 | 67,750.00 | 3,618.28 | (30,000.00) | 0.00 | 41,368.28 |
| Leads | 0.00 | 0.00 | 25,500.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,500.01 |
| Consulting | 0.00 | 0.00 | 0.00 | 2,500.00 | 29,772.25 | 0.00 | 0.00 | 0.00 | 32,272.25 |
| Automobiles | 0.00 | 0.00 | 0.00 | 0.00 | 367.30 | 2,252.08 | 0.00 | 0.00 | 2,619.38 |
| Computer | 0.00 | 0.00 | 0.00 | 0.00 | 1,005.67 | 0.00 | 0.00 | 0.00 | 1,005.67 |
| Life Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 639.40 | 639.40 | 1,278.80 |
| Miscellaneous | 0.00 | 0.00 | 180.00 | 250.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 15,430.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 99.17 | 1,168.78 | 0.00 | 10.00 | 1,277.95 |
| Bank Fees | 88.90 | 103.40 | 398.40 | 320.90 | 345.25 | 1,105.80 | 717.55 | 0.00 | 3,080.20 |
| Donations | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| Security | 0.00 | 0.00 | 0.00 | 1,678.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,678.00 |
| Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,173.37 | 0.00 | 1,173.37 |
| Management Fees | 0.00 | 458,500.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 462,500.00 |
| Management Fees FRH | 82,000.00 | 0.00 | 46,900.00 | 0.00 | 0.00 | 202,750.00 | 0.00 | 1,000.00 | 332,650.00 |
| Management Fees IIG | 0.00 | 0.00 | 1,875.00 | (1,125.00) | 57,250.00 | 67,000.00 | 0.00 | 1,000.00 | 126,000.00 |
| Management HHG | 0.00 | 0.00 | 6,350.00 | 0.00 | 0.00 | 22,250.00 | 0.00 | 0.00 | 28,600.00 |
| Interest | 13,890.00 | 347,662.66 | | | | | | | 361,552.66 |
| Interest | 0.00 | 0.00 | 30,558.00 | 21,528.00 | 14,581.00 | 14,583.33 | 0.00 | 0.00 | 81,250.33 |
| Interest | 0.00 | 0.00 | 30,589.00 | 28,333.00 | 9,576.00 | 30,030.34 | 27,216.84 | 26,685.76 | 152,430.94 |
| Interest | 0.00 | 0.00 | 56,251.00 | 41,660.99 | 27,079.00 | 16,666.67 | 4,166.67 | 0.00 | 145,824.33 |
| Interest | 0.00 | 0.00 | 54,165.00 | 49,997.65 | 29,166.66 | 25,000.00 | 4,166.66 | 0.00 | 162,495.97 |
| Interest | 0.00 | 0.00 | 55,555.00 | 49,997.98 | 25,000.00 | 25,000.00 | 8,333.33 | 0.00 | 163,886.31 |
| Interest | 0.00 | 0.00 | 100,007.00 | 100,000.04 | 62,500.00 | 50,000.00 | 10,416.73 | 0.00 | 322,923.77 |
| Interest | 0.00 | 0.00 | 55,997.00 | 49,997.98 | 45,833.30 | 31,250.00 | 58,231.65 | 16,011.46 | 257,321.39 |
| Interest | 0.00 | 0.00 | 6,249.99 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 21,249.99 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 104,627.11 | 208,968.94 | 101,548.25 | 0.00 | 415,144.30 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 29,528.53 | 0.00 | 0.00 | 39,528.53 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 1,508.07 | 0.00 | 0.00 | 0.00 | 1,508.07 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 35,000.00 | 38,333.33 | 93,333.33 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | 0.00 | 12,500.00 |
| | | | | | | | | | |
| **Total Expenses** | 95,978.90 | 806,266.06 | 470,575.40 | 347,639.54 | 613,960.78 | 901,172.75 | 326,110.45 | 83,679.95 | 3,645,383.83 |
| | | | | | | | | | |
| **Net Income** | 3,521.10 | (95,915.66) | 212,160.95 | 706,738.21 | 104,761.38 | (66,922.75) | (232,510.45) | 6,970.05 | 638,802.83 |

Exhibit M

Incrementum Investment Grp LLC
Income Statement
2009 Thru 2014

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Revenues** | | | | | | | |
| Management Fees HHG | 118,090.00 | 21,600.00 | 29,000.00 | 15,250.00 | 90,000.00 | 20,250.00 | 294,190.00 |
| Manangement Fee JHS | 585,500.00 | 1,133,600.00 | 1,148,060.10 | 813,100.00 | 126,050.00 | 38,000.00 | 3,844,310.10 |
| Mgmt Fees HHIG | 1,875.00 | (1,125.00) | 57,250.00 | 67,000.00 | (5,300.00) | 1,000.00 | 120,700.00 |
| Miscellaneous | 0.00 | 0.00 | (2,000.00) | 0.00 | 0.00 | 0.00 | (2,000.00) |
| Mgmt Fees FRH | 0.00 | 100.00 | (100.00) | (450.00) | (60,250.00) | 0.00 | (60,700.00) |
| Total Revenues | 705,465.00 | 1,154,175.00 | 1,232,210.10 | 894,900.00 | 150,500.00 | 59,250.00 | 4,196,500.10 |
| | | | | | | | |
| **Expenses** | | | | | | | |
| Leads | 314,166.70 | 604,315.14 | 703,197.15 | 582,816.53 | 244,260.38 | 0.00 | 2,448,755.90 |
| Automobiles | 0.00 | 0.00 | 10,655.73 | 7,979.80 | 500.00 | 400.00 | 19,535.53 |
| Accounting | 0.00 | 975.00 | 5,985.00 | 635.00 | 0.00 | 0.00 | 7,595.00 |
| Legal | 0.00 | 0.00 | 0.00 | 1,431.50 | 0.00 | 0.00 | 1,431.50 |
| Interest | 65,902.21 | 71,892.00 | 0.00 | 71,500.00 | 18,128.32 | 2,320.66 | 229,743.19 |
| Interest BMG | 33,333.36 | 45,833.70 | 59,333.36 | 0.00 | 0.00 | 0.00 | 138,500.42 |
| Interest LJAJ | 0.00 | 0.00 | 71,892.24 | 5,991.02 | 0.00 | 0.00 | 77,883.26 |
| Meals & Entertainment | 0.00 | 0.00 | 299.59 | 1,035.78 | 0.00 | 0.00 | 1,335.37 |
| Miscellaneous | 2,220.00 | 526.36 | 260.75 | 0.00 | 20.00 | 0.00 | 3,027.11 |
| Office Supplies | 1,031.97 | 3,550.42 | 2,747.27 | 1,466.74 | 0.00 | 0.00 | 8,796.40 |
| Bank Fees | 280.00 | 285.84 | 225.00 | 701.19 | 375.00 | 228.75 | 2,095.78 |
| Contract Labor | 28,560.00 | 59,750.00 | 26,250.00 | 0.00 | 0.00 | 0.00 | 114,560.00 |
| Postage | 0.00 | 0.00 | 0.00 | 119.70 | 0.00 | 0.00 | 119.70 |
| Rent | 0.00 | 6,837.64 | 6,846.14 | 7,767.00 | 7,153.76 | 2,362.28 | 30,966.82 |
| Taxes | 0.00 | 70.02 | 0.00 | 4,284.28 | 13,316.74 | 0.00 | 17,671.04 |
| Telephone | 0.00 | 4,066.39 | 6,264.40 | 4,398.32 | 731.75 | 849.51 | 16,310.37 |
| Travel | 0.00 | 0.00 | 1,435.54 | 0.00 | 0.00 | 0.00 | 1,435.54 |
| Utilities | 0.00 | 135.00 | 0.00 | 0.00 | 149.00 | 0.00 | 284.00 |
| Management Fee FRH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Management Fee HHI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,250.00 | 55,250.00 |
| Guarnty Pmt LJAJ | 0.00 | 0.00 | 87,000.00 | 205,500.00 | 144,000.00 | 0.00 | 436,500.00 |
| Licenses & Fees | 500.00 | 50.00 | 185.00 | 248.00 | 0.00 | 0.00 | 983.00 |
| Total Expenses | 445,994.24 | 798,287.51 | 982,577.17 | 895,874.86 | 428,634.95 | 62,411.20 | 3,613,779.93 |
| | | | | | | | |
| Net Income | 259,470.76 | 355,887.49 | 249,632.93 | (974.86) | (278,134.95) | (3,161.20) | 582,720.17 |

Case 4:14-cv-00783-DW Document 158-1 Filed 05/20/15 Page 15 of 15

Exhibit N