UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:14-cv-00783-DW |
| v. | ) |
| | ) |
| CWB Services, LLC, *et al*. | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Matthew W. Lytle of the law firm of Miller Schirger, LLC, hereby enters his appearance as counsel for third-parties DNA Investments, LLC, David Harbour, and Abby Harbour.

Respectfully submitted.

MILLER SCHIRGER, LLC

/s/ Matthew W. Lytle
John J. Schirger, MO Bar #60583
Matthew W. Lytle, MO Bar #59145
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
jschirger@millerschirger.com
mlytle@millerschirger.com
Telephone: (816) 561-6500
Facsimile: (816) 561-6501

ATTORNEYS FOR THIRD-PARTIES
DNA INVESTMENTS, LLC, DAVID
HARBOUR, AND ABBY HARBOUR

{}1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2015, I electronically filed the foregoing with the Clerk of the Court of the Western District of Missouri by using the CM/ECF system, which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

                                      /s/ Matthew W. Lytle  
                                      Attorney for Third-Parties