UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 4:14-cv-00783-DW |
| Plaintiff, | |
| v. | |
| CWB SERVICES, LLC, *et al.,* | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME**

Receiver, Larry E. Cook, Plaintiff, the Federal Trade Commission ("FTC"),

David A. Harbour, individually and on behalf of DNA Investments LLC ("DNA"), and

Abby Harbour, jointly propose extending the time  to file Reply Suggestions to DNA

and the Harbour's Suggestions in Opposition (ECF # 161)  to the Receiver's Motion

for Turnover of Property (ECF # 150).

In support thereof, the undersigned respectfully states as follows:

1.      The Receiver filed a Motion for Turnover of Property of the Receivership

Estate Transferred to DNA Investments, LLC, David A. Harbour and Abby Harbour.

2.      On April 15, 2015, the parties filed a Joint Motion for Extension of Time

(ECF # 153) which the Court granted on April 16, 2015 (ECF # 154)  setting the FTC's

Suggestions in Support deadline on May 8, 2015 and DNA and Harbour's response

deadline on May 22, 2015.

3.      The FTC filed its Suggestions in Support on May 8, 2015 (ECF # 157).

1

4.       DNA and the Harbours filed their Suggestions in Opposition on May 22,

2015 (ECF # 161) which set the Receiver's Reply Suggestions deadline for June 8, 2015.

5.       The parties have agreed to extend the Receiver's Reply Suggestions

deadline to June 29, 2015.

WHEREFORE, the Receiver, the FTC, David A. Harbour, individually and on behalf

of DNA, and Abby Harbour respectfully request that the Court grant this motion and set the

deadline for the Receiver's Reply Suggestions for June 29, 2015.


Dated: June 8, 2015                          Respectfully submitted,


                                             LATHROP & GAGE LLP

                                             /s/ Brian M. Holland
                                             Brian M. Holland, MO Bar #51307
                                             2345 Grand Blvd, Suite 2400 Kansas
                                             City, MO 64108 Telephone: 816-292-
                                             2000 Telecopier: 816-292-2001 Email:
                                             bholland@lathropgage.com

                                             *Attorney for Larry E. Cook, Receiver*



                                             /s/ Charles M. Thomas
                                             Charles M. Thomas, MO Bar #28522
                                             Assistant United States Attorney Charles
                                             Evans Whittaker Courthouse 400 East Ninth
                                             Street, Room 5510 Kansas City, MO 64106
                                             Telephone: (816) 426-3130
                                             Facsimile: (816) 426-3165

                                             E-mail:       charles.thomas@usdoj.gov

                                             *Attorneys for Plaintiff Federal Trade Commission*

24081765v1

/s/ Matthew J. Wilshire
Matthew J. Wilshire, DC Bar #483702
Lisa A. Rothfarb, MD Bar
Federal Trade Commission
600 Pennsylvania Ave., N.W., Mail Stop CC-10232
Washington, D.C. 20580
202-326-2976 (Wilshire)
202-326-2602 (Rothfarb)
mwilshire@ftc.gov,
lrothfarb@ftc.gov


MILLER SCHIRGER, LLC

/s/ Matthew  W. Lytle
John J. Schirger, MO Bar #60583
Matthew W. Lytle, MO Bar #59145
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
jschirger@millerschirger.com
mlytle@millerschirger.com
Telephone: (816) 561-6500
Facsimile: (816) 561-6501

*Attorneys for David A. Harbour, Abby Harbour, and
DNA Investments LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Missouri using the CM/ECF system, which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

/s/ Brian M. Holland

24081765v1