IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 4:14-cv-00783-DW |
| vs. | ) |
| CWB SERVICES, LLC, et al., | ) |
| Defendant. | ) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after June 19, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Receiver Larry E. Cook, by and through its undersigned counsel, will serve a subpoena on Chase Auto Finance a/k/a Land Rover Financial Group Legal/Compliance Department in the form attached hereto as Exhibit 1, which Subpoena commands production of documents as set forth in the Subpoena.

Dated: June 19, 2015            LATHROP & GAGE LLP

                                By:   */s/ Ryan J.F. Pulkrabek*
                                      Ryan J. F. Pulkrabek (66591)
                                      RPulkrabek@LathropGage.com
                                      2345 Grand Boulevard, Suite 2200
                                      Kansas City, Missouri  64108-2618
                                      Telephone:  816.292.2000
                                      Telecopier:  816.292.2001

                                      Attorneys for Larry E. Cook,
                                      Receiver