UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CWB SERVICES, LLC, *et al.,*<br><br>　　Defendants. | Case No. 4:14-cv-00783-W-DW<br><br>JOINT MOTION TO ENTER STIPULATED PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO THE COPPINGER DEFENDANTS |

　　Plaintiff Federal Trade Commission ("FTC") and Defendants CWB Services, LLC; Orion Services, LLC; Sandpoint Capital, LLC; Sandpoint LLC; Basseterre Capital, LLC (Delaware and Nevis); Namakan Capital, LLC (Delaware and Nevis); and Timothy A. Coppinger (collectively, "Coppinger Defendants"), with the consent of the Receiver, respectfully request that the Court enter a Stipulated Permanent Injunction and Monetary Judgment in the form of the attachment hereto for the following reasons:

1. As more fully described in the terms of the Stipulated Permanent Injunction and Monetary Judgment, the parties have reached agreement on a stipulated permanent injunction and monetary judgment resolving the FTC's claims against the Coppinger Defendants;

2. The court-appointed Receiver does not object to entry of the stipulated permanent injunction and monetary judgment; and

3. The entry of the stipulated permanent injunction and monetary judgment promotes the orderly resolution of controversy and judicial economy, and is in the public interest.

WHEREFORE, Plaintiff and the Coppinger Defendants move the Court to enter final judgment as to the Coppinger Defendants.

Respectfully submitted,

/s/ Matthew J. Wilshire					Dated: July 7, 2015
Matthew J. Wilshire, DC Bar #483702
Lisa A. Rothfarb, MD Bar
Federal Trade Commission
600 Pennsylvania Ave., N.W., Mail Stop CC-10232
Washington, D.C. 20580
202-326-2976 (Wilshire)
mwilshire@ftc.gov, lrothfarb@ftc.gov

/s/ Charles M. Thomas					Dated: July 7, 2015
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone:  (816) 426-3130
Facsimile:  (816) 426-3165
E-mail:     charles.thomas@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Patrick A. McInerney					Dated: July 7, 2015
Patrick A. McInerney, MO Bar #37638
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO  64111
Telephone: 816-460-2400
Fax: 816-531-7545
Patrick.mcinerney@dentons.com

*Attorney for Defendants Timothy A. Coppinger; CWB Services, LLC; Orion Services, LLC; Sandpoint Capital, LLC; Sandpoint, LLC; Basseterre Capital, LLC (Nevis and Delaware); Namakan Capital, LLC (Nevis and Delaware)*

/s/ Brian M. Holland                                    Dated: July 7, 2015
Brian M. Holland, MO # 51307
Lathrop & Gage LLP
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108-2684
Telephone: 816-460-5329
Fax: 816-292-2001
Email: bholland@lathropgage.com

*Attorney for Receiver Larry E. Cook*