**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 4:14-cv-00783-DW |
| Plaintiff, | |
| v. | |
| CWB SERVICES, LLC, *et al.*, | |
| Defendants. | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after July 10, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Larry E. Cook, Receiver, by and through his undersigned counsel, will cause to be served a subpoena on Douglas Spangler in the form attached hereto as Exhibit 1. The subpoena commands the production of documents and appearance for deposition as set forth in the subpoena.

Dated: July 9, 2015.

Respectfully submitted,

LATHROP & GAGE LLP

By: /s/ *Ryan Pulkrabek*
Ryan Pulkrabek #66591
2345 Grand Blvd, Suite 2400
Kansas City, MO 64108
Telephone: 816.292.2000
Telecopier: 816.292.2001
Email: rpulkrabek@lathropgage.com

Attorneys for Larry E. Cook, Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.


/s/ *Ryan Pulkrabek*
An Attorney for Larry E. Cook, Receiver

24270488v1