IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | Case No. 4:14-cv-00783-DW |
| vs. ) | |
| CWB SERVICES, LLC, et al., ) | |
| Defendant. ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after July 22, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Receiver Larry E. Cook, by and through its undersigned counsel, will serve a subpoena on Bank of the West substantially in the form attached hereto as Exhibit 1, which Subpoena commands production of documents as set forth in the Subpoena.

Dated: July 22, 2015         LATHROP & GAGE LLP

By:   */s/ Ryan J.F. Pulkrabek*
      Ryan J. F. Pulkrabek (66591)
      RPulkrabek@LathropGage.com
      2345 Grand Boulevard, Suite 2200
      Kansas City, Missouri 64108-2618
      Telephone: 816.292.2000
      Telecopier: 816.292.2001

      Attorneys for Larry E. Cook,
      Receiver