# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-00783-CV-W-DW |
| | ) | |
| CWB SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Joint Motion to Enter Stipulated Permanent Injunction and Monetary Judgment as to the Coppinger Defendants (Doc. 172). The Court has some concerns and questions regarding the relief requested in the motion. Thus, the Court is setting the matter for hearing. At the hearing, the parties will be expected to explain how they reached their agreement as to the monetary judgment and the assets that are to be transferred and relinquished to the Receiver, as well as the assets that were seized and frozen pursuant to the Preliminary Injunction but are not included in the judgment.

Following the hearing, the Court will confer separately with the Receiver regarding his ongoing efforts as to turnover actions and settlement with recovery targets.

The hearing will be held on Friday, August 14, 2015 at 1:30 p.m. in Courtroom 8B of the United States Courthouse in Kansas City, Missouri. Plaintiff's attorney may participate via telephone from Washington D.C. if necessary.

SO ORDERED.

Date: August 10, 2015

_____/s/ Dean Whipple_____
Dean Whipple
United States District Judge