**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:14-cv-00783-DW |
| | ) | |
| vs. | ) | |
| | ) | |
| CWB SERVICES, LLC, et al. , | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after August 19, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Receiver Larry E. Cook, by and through its undersigned counsel, will serve a subpoena on Bank of the West substantially in the form attached hereto as Exhibit 1, which Subpoena commands production of documents as set forth in the Subpoena.

Dated: August 19, 2015                    LATHROP & GAGE LLP


By:    */s/ Ryan J.F. Pulkrabek*
          Ryan J. F. Pulkrabek (66591)
          2345 Grand Boulevard, Suite 2400
          Kansas City, Missouri  64108-2618
          Telephone:  816.292.2000
          Telecopier:  816.292.2001
          Email:  rpulkrabek@lathropgage.com

          Attorneys for Larry E. Cook, Receiver

24485689v1