IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.                                Case No. 4:14-cv-00783-DW

CWB SERVICES, LLC, et al.,

        Defendants.

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after August 24, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Receiver Larry E. Cook, by and through its undersigned counsel, will serve a subpoena on The Midwest Trust Company, LLC substantially in the form attached hereto as **Exhibit 1**, which Subpoena commands production of documents as set forth in the Subpoena.

Dated: August 24, 2015

                                              MORRIS, LAING, EVANS, BROCK &
                                                KENNEDY, CHARTERED

                                                s/Roger N. Walter
                                                Roger N. Walter, MO KS #00432
                                                800 SW Jackson Street, Suite 1310
                                                Topeka, KS 66612-1216
                                                Tel. (785) 232-2662 Fax (785) 232-9983
                                                Email: rwalter@morrislaing.com
                                                *Attorneys for Larry E. Cook, Receiver*