IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) Case No. 4:14-cv-00783-DW |
| vs. | ) ) |
| CWB SERVICES, LLC, et al., | ) ) |
| Defendant. | ) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on or after August 25, 2015, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Receiver Larry E. Cook, by and through its undersigned counsel, will serve a subpoena on Bank of America substantially in the form attached hereto as Exhibit 1, which Subpoena commands production of documents as set forth in the Subpoena.

Dated: August 25, 2015        LATHROP & GAGE LLP

By:  /s/ Ryan J.F. Pulkrabek
Ryan J. F. Pulkrabek (66591)
2345 Grand Boulevard, Suite 2400
Kansas City, Missouri 64108-2618
Telephone: 816.292.2000
Telecopier: 816.292.2001
Email: rpulkrabek@lathropgage.com

Attorneys for Larry E. Cook, Receiver