IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-00783-CV-W-DW |
| | ) | |
| CWB SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Joint Motion to Stay the Case (Doc. 190) filed by Plaintiff and Defendants Frampton T. Rowland, III; Vandelier Group LLC; Anasazi Group LLC; Anasazi Services LLC; Longboat Group LLC, also d/b/a Cutter Group; Oread Group LLC, also d/b/a Mass Street Group, and St. Armands Group LLC (collectively, the "Rowland Defendants"). The parties move for a stay of all proceedings, including all deadlines in the Scheduling and Trial Order. The parties state that they have reached a revised settlement which includes compliance provisions that will sunset in 15 years, subject to approval by a majority vote of the Commissioners of the Federal Trade Commission. Upon review, the Joint Motion to Stay the Case (Doc. 190) is GRANTED and all proceedings in this action are stayed to allow the parties to finalize their settlement. Furthermore, as a result of the settlement, the Motion to Strike Affirmative Defenses (Doc. 74) is found to be MOOT.

SO ORDERED.

Date: September 3, 2015         _____/s/ Dean Whipple_____
                                                Dean Whipple
                                        United States District Judge