UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CWB SERVICES, LLC, *et al.,*<br><br>　　Defendants. | Case No. 4:14-cv-00783-DW |

## MOTION TO WITHDRAW NOTICE OF SUBPOENA

Receiver Larry E. Cook, by and through the undersigned counsel, moves the Court for an Order to withdraw Notice of Subpoena filed and entered on August 21, 2015 (Docket #181).

Respectfully submitted,

Dated: September 3, 2015

　/s/ *Ryan Pulkrabek*
Ryan J. Pulkrabek, MO # 66591
Lathrop & Gage LLP
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108-2684
Telephone: 816-460-5329
Fax: 816-292-2001
Email: rpulkrabek@lathropgage.com

*Attorney for Receiver Larry E. Cook*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

<i>/s/ Ryan J. Pulkrabek</i><br>
An Attorney for Larry E. Cook, Receiver

2
24561033v1